# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>LITHOTYPE COMPANY, INC.<br><br>Debtor. | Case No: 26 2207<br>Chapter 11<br>Honorable Daniel R. Fine |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that American Packaging Corporation, a creditor in this action, appears by Attorney Jeffery P. Phillips of DeWitt LLP.

Pursuant to Sections 342 of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Counsel requests that copies of all notices and pleadings given or filed in this chapter 11 case be served upon the undersigned at the following address, telephone number, and e-mail address:

Jeffery P. Phillips
DeWitt LLP
25 W. Main Street, Suite 800
Madison, WI 53703
T: 608-252-9263
E: JPhillips@dewittllp.com

Dated this 24th day of February, 2026.

**DeWitt LLP**

By: *Electronically signed by Jeffery P. Phillips*
Jeffery P. Phillips (#1052891)
25 W. Main St., Suite 800
Madison, WI 53703
T: 608-252-9263
E: JPhillips@dewittllp.com