# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

**CORPORATE ANALYSIS CHECKING**

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **02/28/2026** |
| **ACCOUNT NUMBER** | **XXXXXX5503** |

00046048 FP264302282611363200 01 000000000 0046048 005

ACCOUNT ALTERNATE N/A NOT FOUND
60440-3732

### CLIENT CARE CONTACT INFORMATION


**Client Care:** 800-731-2265


**Visit us Online:** www.oldnational.com

**Written Inquiries:** P. O. Box 419
Evansville, IN 47703

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | 02/11/2026 | $0.00 |
| Deposits/Credits | 14 | $2,497,684.24 |
| Withdrawals/Debits | 34 | -$2,089,504.62 |
| Total Service Charges | | $0.00 |
| Interest Paid | | $0.00 |
| Current Statement Balance | 02/28/2026 | $408,179.62 |

## DEPOSITS AND OTHER CREDITS

| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
|---|---|---|---|
| 02/13 | 215 | TELEPHONE TRANSFER FROM CK ACCOUNT 8100860074 | $736,741.60 |
| 02/13 | 1300000 | DEPOSIT | $67,918.14 |
| 02/17 | 246 | TELEPHONE TRANSFER FROM CK ACCOUNT 8100860074 | $781,229.33 |
| 02/18 | 1800000 | DEPOSIT | $216,351.54 |
| 02/18 | 262 | WIRE TRANSFER CREDIT 2026049000442200 026009593;BOFAUS3N | $6,598.82 |
| 02/19 | 248 | TELEPHONE TRANSFER FROM CK ACCOUNT 8100860074 | $59,572.03 |
| 02/19 | 13050 | Lithotype Co    GEI LITHOT01 | $20,226.02 |
| 02/20 | 255 | TELEPHONE TRANSFER FROM CK ACCOUNT 8100860074 | $49,687.31 |
| 02/23 | 2300000 | DEPOSIT | $139,681.26 |
| 02/23 | 229 | TELEPHONE TRANSFER FROM CK ACCOUNT 8100860074 | $49,687.31 |
| 02/24 | 2400000 | DEPOSIT | $154,353.16 |





**To Help Balance Your Account**

| | |
|---|---|
| Enter your checkbook balance | |
| **Add** Interest credited and other deposits shown on this statement, but not previously entered in your checkbook | |
| Subtotal | |
| **Subtract** service charge and other deductions shown on this statement, but not previously entered in your checkbook | |
| Subtotal | |
| **A** Adjusted checkbook balance | |
| Enter the current balance from this statement | |
| **Add** deposits entered in your checkbook, but not shown on this statement | |
| Subtotal | |

| **Subtract** checks and withdrawals entered in your checkbook, but not shown on this statement | Check No. | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Subtotal | | |
| **B** Adjusted statement balance | | |

Your checkbook is in balance if Line A agrees with line B.

**If your adjusted checkbook and bank statement balance do not agree:**

1. Review last month's statement to make sure any differences were corrected.
2. Check additions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

**How Finance Charge is Calculated**

If this statement includes billing information regarding a personal line of credit for consumer use, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances. To get daily balances, we take the beginning balance of your account each day, add any new loans or charges and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge. If there is only one (1) daily periodic rate during the statement period, the finance charge may also be verified by multiplying the average daily balance by the number of days in the statement period and multiplying the result by the applicable daily periodic rate. If your line of credit has a variable rate feature, the rate used to calculate your finance charge may vary as described in the disclosure provided to you initially. Payments received during regular hours on business days at all of our full-service offices will be credited on the same business day. Payments received at other locations or after regular business hours will be credited on the next business day.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a summary of Your Billing Rights)**

If you think your statement is wrong, or you need more information about a transaction on your statement, write us at P.O. Box 419, Evansville, IN 47703. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. However, charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount. We can apply any unpaid amount against your credit limit.

If you have authorized us to pay your minimum monthly payment automatically by charging your deposit account with us, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**In Case of Errors or Questions About Electronic Transfers**

Please call 1-800-731-2265 or write us at P.O. Box 419, Evansville, IN 47703 as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on this statement or on a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error and transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us verbally, we may request that you send us your complaint or question in writing within 10 business days. We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 days for new account transactions) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account. Our investigation will take no longer than 45 business days to complete (90 days for point-of-sale, foreign debit card or new account transactions.)

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**In Case of Irregularities Identified on This Statement**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. We will not be liable for any error, any check that is altered or counterfeit, any signature that is forged or unauthorized transaction unless you notify us in writing within thirty (30) calendar days after we make the statement available to you. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you timely notify us in writing.

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

**CORPORATE ANALYSIS CHECKING**

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **02/28/2026** |
| **ACCOUNT NUMBER** | **XXXXXX5503** |

PAGE 2 OF 4

| | DEPOSITS AND OTHER CREDITS (continued) | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 02/25 | 225 | WIRE TRANSFER CREDIT<br>2026056000299100<br>026009593;ULTRA SEAL CORPORATI | $4,375.00 |
| 02/27 | 246 | TELEPHONE TRANSFER FROM<br>CK ACCOUNT 8100860074 | $161,000.00 |
| 02/27 | 2700000 | DEPOSIT | $50,262.72 |

| | WITHDRAWALS AND OTHER DEBITS | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 02/17 | 246 | TELEPHONE TRANSFER TO<br>CK ACCOUNT 100050055 | -$93,008.98 |
| 02/17 | 246 | TELEPHONE TRANSFER TO<br>CK ACCOUNT 8100860074 | -$781,229.33 |
| 02/18 | 262 | ONP DOMESTIC WIRE DR<br>2026049000305000<br>;KLEEPAK | -$6,643.82 |
| 02/18 | 262 | ONP DOMESTIC WIRE DR<br>2026049000417200<br>;ATLANTIC COATED PAPERS;227763 | -$63,421.95 |
| 02/18 | 262 | ONP DOMESTIC WIRE DR<br>2026049000416800<br>;PREGIS;INVOICES | -$80,392.32 |
| 02/18 | 262 | ONP DOMESTIC WIRE DR<br>2026049000417800<br>;INNOVIA;PO 406524065340654;IN | -$159,324.38 |
| 02/19 | 13050 | Lithotype Co     pen&inc<br>LITHOT01 | -$500.00 |
| 02/19 | 13050 | Lithotype Co     bingham<br>LITHOT01 | -$3,805.00 |
| 02/19 | 6050 | Lithotype Co     GEI<br>Lithotype Co | -$20,226.02 |
| 02/19 | 13050 | Lithotype Co     GEI<br>LITHOT01 | -$20,226.02 |
| 02/19 | 13050 | Lithotype Co     GLENROY<br>LITHOT01 | -$82,373.80 |
| 02/20 | 261 | ONP DOMESTIC WIRE DR<br>2026051000341400<br>;AMERICAN PACKAGING CORPORATIO | -$475,199.67 |

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

**CORPORATE ANALYSIS CHECKING**

| ACCOUNT INFORMATION | |
|---|---|
| DATE | **02/28/2026** |
| ACCOUNT NUMBER | **XXXXXX5503** |

PAGE 3 OF 4

| WITHDRAWALS AND OTHER DEBITS (continued) | | | |
|---|---|---|---|
| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
| 02/20 | 13051 | Lithotype Co     APC<br>LITHOT01 | -$3,091.20 |
| 02/20 | 13051 | Lithotype Co     chicago ma<br>LITHOT01 | -$7,950.00 |
| 02/23 | 231 | ONP DOMESTIC WIRE DR<br>2026054000281700<br>;PAYLOCITY CORPORATION | -$26,072.00 |
| 02/23 | 231 | ONP DOMESTIC WIRE DR<br>2026054000281800<br>;PAYLOCITY CORPORATION;PAYROLL | -$61,366.69 |
| 02/23 | 13054 | Lithotype Co     chempoint<br>LITHOT01 | -$3,685.70 |
| 02/23 | 13054 | Lithotype Co     S&B<br>LITHOT01 | -$7,301.00 |
| 02/24 | 14055 | Lithotype Co     Badger<br>LITHOT01 | -$1,722.24 |
| 02/24 | 14055 | Lithotype Co     producers<br>LITHOT01 | -$2,786.36 |
| 02/24 | 14055 | Lithotype Co     chi rent<br>LITHOT01 | -$47,918.71 |
| 02/25 | 2500000 | CUSTOMER WITHDRAWAL | -$106.00 |
| 02/25 | 1056 | ATT          PAYMENT<br>Wardell Taylor | -$0.00 |
| 02/25 | 7056 | ATT          PAYMENT<br>Wardell Taylor | -$261.74 |
| 02/25 | 7056 | HARLAND CLARKE   CHK ORDER<br>LITHOTYPE COMPANY INC | -$298.93 |
| 02/25 | 7056 | Nicor Gas      NICPayment<br>WARDELL TAYLOR | -$4,792.17 |
| 02/25 | 13056 | Lithotype Co     cantarero<br>LITHOT01 | -$6,188.00 |
| 02/25 | 13056 | Lithotype Co     KLEERPAK<br>LITHOT01 | -$6,262.32 |
| 02/26 | 234 | ONP DOMESTIC WIRE DR<br>2026057000407600<br>;CIGNA HEALTH & INSURANCE;CIGN | -$100,152.33 |
| 02/26 | 1057 | Nicor Gas      PAYMENT<br>wardell taylor | -$0.00 |

# OLD NATIONAL BANK®

**P. O. Box 718
Evansville, IN 47705**

| | **CORPORATE ANALYSIS CHECKING** |
|---|---|
| **ACCOUNT INFORMATION** | |
| **DATE** | **02/28/2026** |
| **ACCOUNT NUMBER** | **XXXXXX5503** |

PAGE 4 OF 4

## WITHDRAWALS AND OTHER DEBITS (continued)

| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
|---|---|---|---|
| 02/26 | 12057 | Lithotype Co    pen&inc<br>LITHOT01 | -$500.00 |
| 02/26 | 12057 | Lithotype Co    itu<br>LITHOT01 | -$3,571.94 |
| 02/26 | 12057 | Lithotype Co    actega<br>LITHOT01 | -$19,125.00 |
| 02/27 | 248 | ONP INTL WIRE DR<br>2026058000319500<br>BANCO BPM SPA;UTECO;2086/Y2026 | -$1.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02/11 | $0.00 | 02/13 | $804,659.74 | 02/17 | $711,650.76 |
| 02/18 | $624,818.65 | 02/19 | $577,485.86 | 02/20 | $140,932.30 |
| 02/23 | $231,875.48 | 02/24 | $333,801.33 | 02/25 | $320,267.17 |
| 02/26 | $196,917.90 | 02/27 | $408,179.62 | | |

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

| | |
|---|---|
| | **CORPORATE ANALYSIS CHECKING** |

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **02/28/2026** |
| **ACCOUNT NUMBER** | **XXXXXX0074** |

00004660 FP264302282611363200 09 000000000 0231937 007

PAGE 1 OF 6

LITHOTYPE COMPANY INC
2 TERRITORIAL CT
BOLINGBROOK IL 60440-3558

| CLIENT CARE CONTACT INFORMATION |
|---|

 **Client Care:** 800-731-2265

 **Visit us Online:** www.oldnational.com

✉ **Written Inquiries:** P. O. Box 419
Evansville, IN 47703

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | 01/31/2026 | $0.00 |
| Deposits/Credits | 39 | $2,787,111.85 |
| Withdrawals/Debits | 33 | -$2,604,297.51 |
| Total Service Charges | | $0.00 |
| Interest Paid | | $0.00 |
| Current Statement Balance | 02/28/2026 | $182,814.34 |

## DEPOSITS AND OTHER CREDITS

| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
|---|---|---|---|
| 02/02 | 1033 | PSEASONI1      INVOICEPMT LITHOTYPE COMPANY INC | $142,406.46 |
| 02/02 | 200000 | Desktop RDC Deposit | $57,166.06 |
| 02/02 | 1033 | WIXON INC.      PAYMENT LITHOTYPE | $4,207.31 |
| 02/02 | 999 | TRANSFER FROM LN 000150035618 | $70,238.78 |
| 02/03 | 1034 | HEARTHSIDE FOOD  PAYMENTS LITHOTYPE COMPANY INC. | $11,262.57 |
| 02/03 | 999 | TRANSFER FROM LN 000150035618 | $255,223.17 |
| 02/04 | 1035 | KENT PRECISION F TRADE PAY LITHOTYPE COMPANY INC | $13,767.61 |
| 02/05 | 500000 | Desktop RDC Deposit | $15,261.88 |
| 02/05 | 999 | TRANSFER FROM LN 000150035618 | $310,548.49 |
| 02/06 | 600000 | Desktop RDC Deposit | $24,256.05 |
| 02/06 | 1037 | SaratogaFood PMD PAYMENT Lithotype.Receivables | $19,209.96 |
| 02/06 | 1037 | DFA DFW SHARED S ACH 0000LITHOTYPE CO INC | $10,178.22 |
| 02/06 | 1037 | SAUERBRANDSDIV  ACCNTS PAY | $2,647.54 |

 **Member FDIC**   Equal Housing Lender

**www.oldnational.com**

## To Help Balance Your Account

| | |
|---|---|
| Enter your checkbook balance | |
| **Add** Interest credited and other deposits shown on this statement, but not previously entered in your checkbook | |
| | |
| | |
| Subtotal | |
| **Subtract** service charge and other deductions shown on this statement, but not previously entered in your checkbook | |
| | |
| | |
| Subtotal | |
| **A** Adjusted checkbook balance | |
| Enter the current balance from this statement | |
| **Add** deposits entered in your checkbook, but not shown on this statement | |
| | |
| | |
| Subtotal | |

| | Check No. | Amount |
|---|---|---|
| **Subtract** checks and withdrawals entered in your checkbook, but not shown on this statement | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Subtotal | | |
| **B** Adjusted statement balance | | |

Your checkbook is in balance if line A agrees with line B.

**If your adjusted checkbook and bank statement balance do not agree:**

1. Review last month's statement to make sure any differences were corrected.
2. Check additions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

**How Finance Charge is Calculated** If this statement includes billing information regarding a personal line of credit for consumer use, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances. To get daily balances, we take the beginning balance of your account each day, add any new loans or charges and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge. If there is only one (1) daily periodic rate during the statement period, the finance charge may also be verified by multiplying the average daily balance by the number of days in the statement period and multiplying the result by the applicable daily periodic rate. If your line of credit has a variable rate feature, the rate used to calculate your finance charge may vary as described in the disclosure provided to you initially. Payments received during regular hours on business days at all of our full-service offices will be credited on the same business day. Payments received at other locations or after regular business hours will be credited on the next business day.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a summary of Your Billing Rights)** If you think your statement is wrong, or you need more information about a transaction on your statement, write us at P.O. Box 419, Evansville, IN 47703. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. However, charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount. We can apply any unpaid amount against your credit limit.

If you have authorized us to pay your minimum monthly payment automatically by charging your deposit account with us, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**In Case of Errors or Questions About Electronic Transfers** Please call 1-800-731-2265 or write us at P.O. Box 419, Evansville, IN 47703 as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on this statement or on a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error and transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us verbally, we may request that you send us your complaint or question in writing within 10 business days. We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 days for new account transactions) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account. Our investigation will take no longer than 45 business days to complete (90 days for point-of-sale, foreign debit card or new account transactions.)

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**In Case of Irregularities Identified on This Statement** You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. We will not be liable for any error, any check that is altered or counterfeit, any signature that is forged or unauthorized transaction unless you notify us in writing within thirty (30) calendar days after we make the statement available to you. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you timely notify us in writing.

00004660 0988982 0000-0006 FP264302282611363200 09 L 00231937

# OLD NATIONAL BANK

**P. O. Box 718**
**Evansville, IN 47705**

**CORPORATE ANALYSIS CHECKING**

| ACCOUNT INFORMATION | |
|---|---|
| DATE | **02/28/2026** |
| ACCOUNT NUMBER | **XXXXXX0074** |

PAGE 2 OF 6

| DEPOSITS AND OTHER CREDITS (continued) | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| | | LITHOTYPE COMPANY | |
| 02/09 | 1040 | ADVANCED BUSINES ACH 020626 | $24,603.14 |
| | | Lithotype | |
| 02/09 | 1040 | WIXON INC.        PAYMENT | $21,169.84 |
| | | LITHOTYPE | |
| 02/10 | 1000000 | Desktop RDC Deposit | $312,460.54 |
| 02/10 | 225 | WIRE TRANSFER CREDIT | $2,284.47 |
| | | 2026041000007600 | |
| | | 026009593;1/FRIO DISTRIBUTORS, | |
| 02/11 | 1042 | Sazon, Inc      Payment | $289,764.29 |
| | | Lithotype | |
| 02/11 | 1042 | KENT PRECISION F TRADE PAY | $77,465.15 |
| | | LITHOTYPE COMPANY INC | |
| 02/13 | 1044 | PSEASONI1        INVOICEPMT | $25,806.88 |
| | | LITHOTYPE COMPANY INC | |
| 02/13 | 1044 | NOON3601        CORP PAY | $12,836.19 |
| | | LITHOTYPE COMPANY INC | |
| 02/13 | 1044 | UAI 2300        Payments | $3,261.47 |
| | | Lithotype Company, Inc | |
| 02/13 | 1044 | NOON3601        CORP PAY | $2,425.69 |
| | | LITHOTYPE COMPANY INC | |
| 02/13 | 1044 | BADGER PLUG COMP APCHECKS | $157.50 |
| | | LITHOTYPE | |
| 02/17 | 246 | TELEPHONE TRANSFER FROM | $781,229.33 |
| | | CK ACCOUNT 127515503 | |
| 02/17 | 2048 | PIONEER FLOUR MI PAYMENTS | $6,384.73 |
| | | LITHOTYPE COMPAN | |
| 02/18 | 1049 | SAUERBRANDSDIV   ACCNTS PAY | $6,085.97 |
| | | LITHOTYPE COMPANY | |
| 02/18 | 1049 | BOWLES PACKAGING ACH | $2,613.60 |
| | | Lithotype | |
| 02/19 | 8050 | MEGALABS USA    CASH DISB | $26,661.59 |
| | | LITHOTYPE | |
| 02/20 | 146 | PAYMENT REVERSAL 150035618 | $47,297.60 |
| 02/20 | 1051 | ASSEMBLIES UNLMT PAYMENTS | $11,660.46 |
| | | LITHOTYPE COMPANY | |
| 02/20 | 1051 | SaratogaFood PMD PAYMENT | $10,209.96 |
| | | Lithotype.Receivables | |

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

**CORPORATE ANALYSIS CHECKING**

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **02/28/2026** |
| **ACCOUNT NUMBER** | **XXXXXX0074** |

PAGE 3 OF 6

| DEPOSITS AND OTHER CREDITS (continued) | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 02/20 | 1051 | SAUERBRANDSDIV   ACCNTS PAY<br>LITHOTYPE COMPANY | $1,155.30 |
| 02/23 | 1054 | KENT PRECISION F TRADE PAY<br>LITHOTYPE COMPANY INC | $46,185.10 |
| 02/25 | 1056 | CELESTE IND CORP PAYMENTJNL<br>0000LITHOTYPE, INC. | $4,120.00 |
| 02/26 | 1057 | DFA DFW SHARED S ACH<br>0000LITHOTYPE CO INC | $108,345.44 |
| 02/26 | 1057 | Spice          ACH260225<br>LITHOTYPE COMPANY INC | $5,319.33 |
| 02/27 | 1058 | SaratogaFood PMD PAYMENT<br>Lithotype.Receivables | $18,643.68 |
| 02/27 | 1058 | MEGALABS USA    CASH DISB<br>LITHOTYPE | $2,590.50 |

| WITHDRAWALS AND OTHER DEBITS | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 02/02 | 1033 | Lithotype Co_2   Glenroy<br>Lithotype Co_2 | -$66,852.55 |
| 02/02 | 4033 | Lithotype Co_2   LTC<br>Lithotype Co_2 | -$125,000.00 |
| 02/03 | 1034 | Anderson Pest So Terminix A<br>Lithotype Company Inc | -$795.89 |
| 02/03 | 7034 | 198535 LITHOTYPE TRUST<br>LITHOTYPE COMPANY INC | -$807.44 |
| 02/03 | 7034 | 198535 LITHOTYPE TRUST<br>LITHOTYPE COMPANY INC | -$852.94 |
| 02/03 | 1034 | FIDELITY        FPRS<br>Lithotype Company Inc | -$2,228.06 |
| 02/03 | 1034 | Lithotype Co_2   Amer Pkg<br>Lithotype Co_2 | -$12,746.16 |
| 02/03 | 7034 | PAYLOCITY CORPOR TAX COL<br>LITHOTYPE COMPANY INC | -$27,281.08 |
| 02/03 | 7034 | 198535 LITHOTYPE DIR DEP<br>LITHOTYPE COMPANY INC | -$63,009.05 |
| 02/03 | 7034 | PAYLOCITY CORPOR TAX COL<br>LITHOTYPE COMPANY INC | -$84,897.11 |

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

**CORPORATE ANALYSIS CHECKING**

| ACCOUNT INFORMATION | |
|---|---|
| DATE | **02/28/2026** |
| ACCOUNT NUMBER | **XXXXXX0074** |

PAGE 4 OF 6

| WITHDRAWALS AND OTHER DEBITS (continued) | | | |
|---|---|---|---|
| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
| 02/03 | 7034 | 198535 LITHOTYPE DIR DEP<br>LITHOTYPE COMPANY INC | -$130,035.95 |
| 02/04 | 1035 | COMCAST-XFINITY  CABLE SVCS<br>LITHOTYPE *COMPANY INC | -$301.03 |
| 02/04 | 7035 | 198535 LITHOTYPE DIR DEP<br>LITHOTYPE COMPANY INC | -$754.00 |
| 02/04 | 7035 | PAYLOCITY CORPOR TAX COL<br>LITHOTYPE COMPANY INC | -$1,893.42 |
| 02/04 | 7035 | 198535 LITHOTYPE DIR DEP<br>LITHOTYPE COMPANY INC | -$2,602.35 |
| 02/04 | 999 | SWEEP TO LN     000150035618 | -$8,216.81 |
| 02/05 | 1036 | ComEd          PAYMENTS<br>LITHOTYPE COMPANY IN | -$4,971.25 |
| 02/05 | 1036 | AMEX EPAYMENT   ACH PMT<br>LITHOTYPE COMPANY | -$5,222.22 |
| 02/05 | 1036 | AMEX EPAYMENT   ACH PMT<br>LITHOTYPE COMPANY | -$25,209.32 |
| 02/05 | 7036 | Lithotype Co_2   Innovia<br>Lithotype Co_2 | -$99,320.40 |
| 02/05 | 55555 | AUTO LOAN PMT  000150035618 | -$32,651.31 |
| 02/05 | 55555 | AUTO LOAN PMT  020006086384 | -$33,538.76 |
| 02/05 | 55555 | AUTO LOAN PMT  020006086385 | -$59,817.12 |
| 02/06 | 999 | SWEEP TO LN     000150035618 | -$47,297.60 |
| 02/10 | 191 | Desktop RDC Return<br>0041000173<br>REFER TO MAKER | -$15,261.88 |
| 02/17 | 107 | TELEPHONE TRANSFER TO | -$736,741.60 |
| 02/18 | 94 | TELEPHONE TRANSFER TO | -$781,229.33 |
| 02/20 | 112 | TELEPHONE TRANSFER TO | -$59,572.03 |
| 02/23 | 107 | TELEPHONE TRANSFER TO<br>CK ACCOUNT 127515503 | -$49,687.31 |
| 02/24 | 104 | TELEPHONE TRANSFER TO<br>CK ACCOUNT 127515503 | -$49,687.31 |

| CHECKS | | | | | |
|---|---|---|---|---|---|
| CHECK  NUMBER | DATE | AMOUNT | CHECK  NUMBER | DATE | AMOUNT |
| 256902 | 02/03 | $998.12 | 256904 * | 02/05 | $49,818.11 |
| | | | * Denotes check paid out of sequence | | |

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

| | |
|---|---|
| **CORPORATE ANALYSIS CHECKING** | |

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **02/28/2026** |
| **ACCOUNT NUMBER** | **XXXXXX0074** |

PAGE 5 OF 6

| CHECKS (continued) | | |
|---|---|---|
| **CHECK NUMBER** | **DATE** | **AMOUNT** |
| 256911 * | 02/02 | $25,000.00 |

\* Denotes check paid out of sequence

| DAILY BALANCE SUMMARY | | | | | |
|---|---|---|---|---|---|
| **DATE** | **BALANCE** | **DATE** | **BALANCE** | **DATE** | **BALANCE** |
| 01/31 | $0.00 | 02/02 | $57,166.06 | 02/03 | $0.00 |
| 02/05 | $15,261.88 | 02/06 | $24,256.05 | 02/09 | $70,029.03 |
| 02/10 | $369,512.16 | 02/11 | $736,741.60 | 02/13 | $781,229.33 |
| 02/17 | $832,101.79 | 02/18 | $59,572.03 | 02/19 | $86,233.62 |
| 02/20 | $96,984.91 | 02/23 | $93,482.70 | 02/24 | $43,795.39 |
| 02/25 | $47,915.39 | 02/26 | $161,580.16 | 02/27 | $182,814.34 |

00004660 0988986 0005-0006 FP264302282611363200 09  L  00231937



## CORPORATE ANALYSIS CHECKING                                      XXXXXX0074

256902  $998.12   02/03/2026          256904  $49,818.11  02/05/2026          256911  $25,000.00  02/02/2026

00004660 0988987 0006-0006 FP264302282611363200 09  L  00231937

| Customer ID | Customer Name | Account Balance | Future Balance |
|---|---|---|---|
| 3544 | 3PSCM  LLC | -627.32 | 0 |
| 356 | AGEL | 35838.26 | 0 |
| 613 | AMERICAN INSTANTS | 1689.32 | 0 |
| 3560 | ANI Pharmaceuticals  Inc. | 93449.01 | 0 |
| 3498 | Baron Spices & Seasoning | 8081.27 | 8081.27 |
| 3606 | BOWLES PACKAGING COMPANY  LLC | 21353.2 | 21353.2 |
| 1925 | SAUER BRANDS | 15430.05 | 15430.05 |
| 223 | CCPC-CREATIVE CONTRACT PACKAGING | 5418.56 | 6271.16 |
| 523 | CHEMLINK | 178324.96 | 174441.06 |
| 3773 | COLLEGE CIRCLE CREAMERY  LLC. | -370.09 | 0 |
| 3299 | COMPACT INDUSTRIES  INC. | 194415.65 | 201340.94 |
| 516 | CONIFER SPECIALTIES | 214481.68 | 70609.13 |
| 3750 | CONTRACT SUPPLEMENT PACKAGNG  LLC | 32893.04 | 0 |
| 3667 | CURE PHARMA | 4941.58 | 0 |
| 3777 | CUSTOM BLENDING SOLUTIONS | -923.34 | 0 |
| 457 | DEAD DOWN WIND | 1303.1 | 1303.1 |
| 623 | DAIRY FARMERS OF AMERICA-MAYFIELD | 42484.22 | 42484.22 |
| 625 | DAIRY FARMERS OF AMERICA-FROSTBITE | 64169.84 | 64169.84 |
| 3626 | DELICIOSA FOOD GROUP   INC | 8672.55 | 0 |
| 3632 | GAINFUL HEALTH INC. | -407.03 | 0 |
| 397 | GRIFFITH LABORATORIES  INC. | 17012.82 | 17012.82 |
| 222 | MAKER'S PRIDE | 23018.81 | 11737.89 |
| 422 | ICE CREAM SPECIALTIES | 6932.4 | 6932.4 |
| 3562 | ICE POP FACTORY | 7391.89 | 7391.89 |
| 3610 | INVENTIVE PRIVATE LABEL | 8236.02 | 0 |
| 3430 | JERENT ENTERPRISES | 16452.15 | 0 |
| 3604 | JP Packaging LLC | -236.5 | 0 |
| 3512 | K. Heeps  LLC | 26268.47 | 0 |
| 420 | KENT PRECISION FOODS GROUP | 27941.47 | 43257.5 |
| 3728 | KINDER'S PREMIUM QUALITY SEASONINGS & SA | 123495.2 | 0 |
| 3323 | LITHOTYPE PLANT 2 | 879 | 0 |
| 353 | MATTPAK INC . | 249536.59 | 249536.59 |
| 391 | MCCLANCY SEASONING CO. | -102 | 0 |
| 1335 | MCCORMICK & COMPANY  INC. | 222058.15 | 0 |
| 513 | MCWEB PACKAGING | 3342.64 | 0 |
| 3542 | MEDTRITION | 29819.32 | 29819.32 |
| 3799 | MH FOOD GROUP | 9301.86 | 0 |
| 3540 | MultPak | 14146.64 | 14146.64 |
| 3050 | NEWLY WEDS FOODS/HELLER | 192356.71 | 95677.62 |
| 1430 | NOH FOODS | 56248.21 | 28291.19 |
| 87 | NORTON & ASSOCIATES | -784.36 | 0 |
| 515 | NUTRITIONAL RESOURCES | 6934.24 | 0 |
| 13 | PEAK PERFORMANCE NUTRIENT | 1500 | 0 |

| | | | |
|---|---|---:|---:|
| 598 | PERFECT BLEND INTERNATIONAL | 16000 | 0 |
| 3416 | PIZZA SPICE PACKET | 90170.49 | 26967.78 |
| 3568 | Professional Packaging Service | 10285.8 | 10285.8 |
| 249 | PROTECH PROFESSIONAL PRODUCTS | 5533.63 | 5533.63 |
| 3753 | PS SEASONING & SPICES INC | 10128.15 | 10128.15 |
| 3754 | PS SEASONING & SPICES INC. | 644117.46 | 589583.94 |
| 522 | PYURE BRANDS | -1849.04 | 0 |
| 97 | RAINBOW GOLD PRODUCTS  INC. | 5644.06 | 5644.06 |
| 560 | RICCA CHEMICAL | 7313.39 | 0 |
| 3686 | ROCKY MOUNTAIN PACKAGING  INC | -1213.44 | 0 |
| 3815 | S.C.JOHNSON & SON  INC. | 13099.73 | 13099.73 |
| 627 | SAFEWAY | -1199.98 | 0 |
| 412 | SARATOGA SPECIALTY | 39843.54 | 40028 |
| 3659 | SCENTRY BIOLOGICALS  INC | 21883.12 | 15971.42 |
| 556 | SHANK'S EXTRACT | 27881.74 | 27881.74 |
| 3614 | SOCALI MANUFACTURING  INC | -5800.85 | 0 |
| 210 | SONIC PACKAGING | 85205.93 | 85205.93 |
| 510 | SOUTHERN TEA | 10432.23 | 10432.23 |
| 1990 | SUGAR FOODS CORPORATION | 22224.17 | 0 |
| 1994 | SUGAR FOODS CORPORATION.  CS | 115391 | 88527.42 |
| 3502 | TAYLOR CORPORATION | 16360.79 | 16360.79 |
| 3732 | THE LIV GROUP  INC | 99020.7 | 72958.43 |
| 2117 | ULTRA SEAL CORPORATION | -4375 | 0 |
| 393 | UNIPAK  LLC | 138600.12 | 125546.56 |
| 3578 | Upstar Nutrition Inc | 69649.73 | 70138.19 |
| 361 | VALENT BIOSCIENCES LLC | 56425.81 | 46757.71 |
| 57 | MEGALABS  INC | 7872.39 | 7285.74 |
| 3787 | W.H.BRAUM INC. | -450 | 0 |
| 2350 | WILLIAMS FOODS  INC | 116260.69 | 103079.97 |
| 3789 | WITHIN SKIN LLC | 11.16 | 0 |

| 30 Days (0–30) | 60 Days (31–60) | 90 Days (61–90) | 120 Days (91–120) | >120 Days |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | -627.32 |
| 0 | 0 | 0 | 0 | 35838.26 |
| 1000 | 689.32 | 0 | 0 | 0 |
| 93449.01 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | -852.6 | 0 | 0 | 0 |
| 3883.9 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | -370.09 |
| -1767 | -940.13 | 0 | 0 | -4218.16 |
| 56345.61 | 0 | 0 | 0 | 87526.94 |
| 32893.04 | 0 | 0 | 0 | 0 |
| 0 | 0 | 4941.58 | 0 | 0 |
| 0 | 0 | 0 | 0 | -923.34 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 8672.55 |
| 0 | 0 | 0 | 0 | -407.03 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 11280.92 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 8236.02 |
| 16452.15 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | -236.5 |
| 21920.05 | 0 | -79.84 | 0 | 4428.26 |
| 0 | 0 | 0 | 0 | -15316.03 |
| 0 | 0 | 123495.2 | 0 | 0 |
| 0 | 0 | 0 | 0 | 879 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | -102 |
| 0 | 0 | 0 | 0 | 222058.15 |
| 0 | 0 | 0 | 0 | 3342.64 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 9301.86 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 98079.32 | -1169.58 | -230.65 |
| 0 | 0 | 27957.02 | 0 | 0 |
| 0 | 0 | 0 | 0 | -784.36 |
| 0 | 0 | 0 | 0 | 6934.24 |
| 0 | 0 | 0 | 0 | 1500 |

| | | | | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 16000 |
| 38974.84 | 25977.16 | 0 | 0 | -1749.29 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 54533.52 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | -1849.04 |
| 0 | 0 | 0 | 0 | 0 |
| 7313.39 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | -1213.44 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | -1199.98 |
| 0 | 0 | 0 | -184.46 | 0 |
| 5911.7 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | -5800.85 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 22224.17 |
| 26863.58 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 0 | 24622.27 | 0 | 1440 | 0 |
| -4375 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 13053.56 |
| 0 | 0 | 0 | 0 | -488.46 |
| 0 | 9668.1 | 0 | 0 | 0 |
| 0 | 0 | 0 | -4532.44 | 5119.09 |
| 0 | 0 | 0 | 0 | -450 |
| 0 | 0 | 2457.66 | 0 | 10723.06 |
| 0 | 0 | 0 | 0 | 11.16 |

# Lithotype Company, Inc.

## Consolidated Profit & Loss Statement – February 2026

*All amounts in USD*

| Account | Current Period | % of Net | YTD | % of Net | Prior Year Period | Prior YTD | Variance |
|---|---|---|---|---|---|---|---|
| Gross Sales | 2,284,018 | 99.98% | 5,209,090 | 100.09% | 2,835,022 | 6,387,755 | (551,004) |
| Sales Returns & Allowances | 570 | 0.03% | (4,703) | (0.09%) | (114,381) | (204,464) | 114,951 |
| Total Net Sales | 2,284,588 | 100.00% | 5,204,386 | 100.00% | 2,720,641 | 6,183,291 | (436,053) |
| Purchases | 1,491,895 | 65.30% | 3,191,922 | 61.33% | 1,847,589 | 3,922,205 | (355,694) |
| Art Dept – Direct Factory Cost | 492 | 0.02% | 984 | 0.02% | 6,514 | 14,619 | (6,022) |
| Plate Dept – Direct Factory Cost | 677 | 0.03% | 2,557 | 0.05% | 2,403 | 3,388 | (1,725) |
| Press Dept – Direct Factory Cost | 244,495 | 10.70% | 507,447 | 9.75% | 255,567 | 528,824 | (11,072) |
| Laminate Dept – Direct Factory Cost | 24,331 | 1.07% | 35,431 | 0.68% | 39,430 | 43,864 | (15,099) |
| Rewind Dept – Direct Factory Cost | 70,001 | 3.06% | 149,849 | 2.88% | 31,661 | 108,116 | 38,340 |
| Shipping Dept – Direct Factory Cost | 19,618 | 0.86% | 40,012 | 0.77% | 7,155 | 46,547 | 12,462 |
| Total Direct Factory Cost | 359,614 | 15.74% | 736,280 | 14.15% | 342,730 | 745,357 | 16,884 |
| Factory Overhead | 185,652 | 8.13% | 394,240 | 7.58% | 280,066 | 616,423 | (94,414) |
| Freight Expenses | 19,054 | 0.83% | 69,922 | 1.34% | 72,533 | 180,386 | (53,478) |
| Commissions | 89,095 | 3.90% | 162,269 | 3.12% | 126,329 | 222,604 | (37,235) |
| Total Cost of Sales | 2,145,310 | 93.90% | 4,554,633 | 87.52% | 2,669,247 | 5,686,976 | (523,937) |
| Gross Profit | 139,278 | 6.10% | 649,753 | 12.49% | 51,395 | 496,314 | 87,883 |
| General & Administrative Expense | 330,785 | 14.48% | 588,286 | 11.30% | 251,604 | 554,277 | 79,180 |
| Sales Expenses | 121,055 | 5.30% | 205,462 | 3.95% | 98,687 | 200,174 | 22,368 |
| Income from Operations | (312,562) | (13.68%) | (143,995) | (2.77%) | (298,897) | (258,137) | (13,665) |
| Other Income & Expense | (14,648) | (0.64%) | (77,817) | (1.50%) | (58,029) | (107,835) | 43,381 |
| Income Before Taxes | (327,210) | (14.32%) | (221,812) | (4.26%) | (356,926) | (365,972) | 29,716 |
| ESOP Retirement Expense | 3,129 | 0.14% | 20,615 | 0.40% | 0 | 6,021 | 3,129 |
| Net Income (Loss) | (330,339) | (14.46%) | (242,427) | (4.66%) | (356,926) | (371,993) | 26,587 |