UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-02207 |
| Lithotype Company Inc. | ) | |
| | ) | Hon. Daniel R. Fine |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Scott Clar, certify that I served a copy of the attached Order and Notice Setting Bar Date for Filing Proofs of Claim on all parties listed on the attached service list via first class mail on the 25th day of March 2026.

/s/Scott R. Clar

ABX INNOVATIVE PACKING SOLUTIONS
PO BOX 69339
Baltimore, MD 21264-9339

ACTEGA North America  LLC
26537  NETWORK PLACE
Chicago, IL 60673-1265

ADVANCED CONVERTING
1251 W. ARDMORE AVE.
Itasca, IL 60143-1103

ALL PRINTING RESOURCES
PO BOX 85353
Chicago, IL 60689-5353

ALTURAS FIDUCIARY SERVICES  LLC
999 WEST MAIN STREET, SUITE 100
Boise, ID 83702-9001

AMAZON CAPITOL SERVICES  INC.
PO BOX 035184
Seattle, WA 98124-5184

AMCOR FLEXIBLES CHINA CO. LTD.

AMERICAN EXPRESS
ATTN US PAYMENT FL
2965 W. CORP. LAKES BLVD.
Fort Lauderdale, FL 33331-3626

AMERICAN PACKAGING CORPORATION
PO BOX 62525
Baltimore, MD 21264-2527

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

AMPERE ELECTRIC SERVICES
692 INDUSTRIAL DRIVE
Bensenville, IL 60106-1319

AMS Sales Association
1320 Templeton Mill Rd.
Lynchburg, VA 24503-6438

AT&T
PO BOX 5025
Carol Stream, IL 60197-5025

ATLANTIC COATED PAPERS LTD.
1605 McEwen Drive
Whitby,Ontario
L1N7L4

AVT US LLC
311 Elm St., Ste 270 #1968
Cincinnati, OH 45202-2781

American Packaging Corporation
100 APC Way
Columbus, WI 53925-1051

American Packaging Corporation
DeWitt LLP
25 W. Main Street, Suite 800
Madison, WI 53703-4298

(p)ABF FREIGHT SYSTEM
PO BOX 10048
FORT SMITH AR 72917-0048

BINARYSOFT INC.
62 WEST 47TH ST. #503
New York, NY 10036-3284

BINGHAM FLEXO SERVICES  INC.
245 W Roosevelt Rd, Bldg 9 Unit 62
West Chicago, IL 60185-4804

BRANDT BOX & PAPER CO.  INC.
400 LEXINGTON DRIVE
Green Bay, WI 54304

BW CONVERTING INC
2300 SOUTH ASHLAND AVENUE
Buffalo Grove, IL 60089

BW INTEGRATED SERVICES
1305 LAKEVIEW DRIVE
Romeoville, IL 60446-3900

Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604-2027

CALIFORNIA WATER SERVICE
PO BOX 7229
San Francisco, CA 94120-7229

CANTARERO PALLETS INC.
1360 N. OLD RAND RD.
Wauconda, IL 60084-9763

CHI-MIL PORTFOLIO LLC
c/o Brennan Management LLC
10275 W. Higgins Road, Suite 810
Rosemont, IL 60018-5601

CHI-MIL Portfolio LLC
10275 W. Higgins Rd., #810
Rosemont, IL 60018-5601

CHICAGO MAILING TUBE
400 N. LEAVITT STREET
Chicago, IL 60612-1618

CHRISTOPHER OLIVER
28850 DIXON STREET #351
Hayward, CA 94544-5589

COMEXI AMERICA INC.
1623 N.W. 84TH AVENUE
Miami, FL 33126-1031

CONTIWEB LLC
DEPT CH 19384
Palatine, IL 60055-9384

COPE PLASTICS INC.
5033 HUMBERT ROAD
Alton, IL 62002-7129

CORETECH  INTERNATIONAL
1237 SESQUI ST.
Allentown, PA 18103-5679

ChemPoint.com Inc.
13727 COLLECTION CENTER DRIVE
Chicago, IL 60693-0137

DAZPAK FLEXIBLE PACKAGING
PO BOX 6577
Pasadena, CA 91109-6569

DG PRESS SERVICES BV
Hallsweg 21
6964 AJ HALL
The Netherlands

DORSEY & WHITNEY
PO BOX 1680
Minneapolis, MN 55480-1680

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Frank W DiCastri
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Milwaukee, WI 53202-3186

Document Compliance Network Inc.
PO Box 91
Port Salerno, FL 34992-0091

EASTMAN KODAK
PO BOX 7411309
Chicago, IL 60674-3309

EDWARD OCCUPATIONAL HEALTH
PO BOX 776945
Chicago, IL 60677-6945

ENERGY SCIENCES
PO BOX 847849
Boston, MA 02284-7849

EPG ESSEX PRODUCTS GROUP INC
30 INDUSTRIAL PARK ROAD
P.O BOX 307
Centerbrook, CT 06409-0307

EPS US  LLC
PO BOX 743783
Los Angeles, CA 90074-3783

EQUIPMENT DEPOT OF ILLINOIS  INC.
PO BOX 855915
Minneapolis, MN 55485-5915

ERI ECONOMIC RESEARCH INSTITUE  INC
PO BOX 3524
Seattle, WA 98124-3524

ERNST BREITBARTH
238 MURPHY
Romeoville, IL 60446-1742

ESTES EXPRESS LINES
PO BOX 105160
Atlanta, GA 30348-5160

FIDELITY INVESTMENTS
P.O. BOX 73307
Chicago, IL 60673-7307

FINZER ROLLER ILLINOIS
PO BOX 5763
Carol Stream, IL 60197-5763

FLEX FILMS
1221 NORTH BLACK BRANCH RD.
Elizabethtown, KY 42701-4511

FLEXPAK
3500 WILLOW LAKE BLVD
STE. #700
Saint Paul, MN 55110-5112

FLXON INCORPORATED
8505 CROWN CRESCENT COURT
Charlotte, NC 28227-7733

FORTIS SOLUTIONS GROUP LLC
P.O BOX 411655
Boston, MA 02241-1655

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
Elgin, IL 60124-7943

Dean Farley
Brennan Investment Group
10275 W Higgins Road
Suite 810
60018
Rosemont, IL 60018-5625

Filmquest Group
PO BOX 2124
Carol Stream, IL 60132-2124

Finck Rudnick & Co.
3251 Belvedere Ct.
Pleasanton, CA 94588-3132

GEI GRAPHICS SERVICES LLC
691 Country Club Drive
Bensenville, IL 60106-1324

GLENROY PAPER CO.
BIN #075
Milwaukee, WI 53288-0001

GRAINGER
DEPT. 809936784
Palatine, IL 60038-0001

GROOT IND. DIV OF WASTE CONNECTIONS
2500 LANDMEIER ROAD
Elk Grove Village, IL 60007-2627

Glenroy, Inc.
c/o Frank W. DiCastri
Reinhart Boerner Van Deuren s.c.
1000 N. Water St. # 1700
Milwaukee, WI 53202-3186

Graphic Measurements Inc.
1207 Beta Court
Rockwall, TX 75087-4913

HIGHBOOST BROKERAGE
1147 NEEDHAM RD.
Naperville, IL 60563-3335

IGS ENERGY
6100 EMERALD PKWY
DUBLIN, OH 43016-3248

IGS VENTURES  INC.
6100 EMERALD PKWY
Dublin, OH 43016-3248

ILLINOIS-ENVIRONMENTAL PROTECTION A
FISCAL SERVICES #2
PO BOX 19276
Springfield, IL 62794-9276

IMPACT NETWORKING  LLC
PO BOX 71104
Chicago, IL 60694-1104

INNOVIA FILMS AMERICA  INC.
175 TRADD STREET
Spartanburg, SC 29301-5085

INTERFLEX LASER ENGRAVERS
175 TRADD STREET
Spartanburg, SC 29301-5085

INX INTERNATIONAL INK CO.
97141 EAGLE WAY
Chicago, IL 60678-9710

ISCORP
PO BOX 75278
Chicago, IL 60675-5278

ITUAbsorbTech  Inc.
BIN 88479
Milwaukee, WI 53288-0479

Illinois Secretary of State
DEPT. OF BUSINESS SERVICES
501 S. SECOND ST.
Springfield, IL 62756-1000

Impact Networking
13875 W. Boulton Blvd.
Lake Forest, IL 60045-4502

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JC'S JANITORIAL SERVICES
P.O. BOX 585
San Carlos, CA 94070-0585

JORSEN AND CARLSON COMPANY
1501 PRATT BLVD
P.O. BOX 796
San Carlos, CA 94070

KLEER PAK
320 SOUTH LALONDE AVENUE
Addison, IL 60101-3309

LAZY CREEK COFFEE SERVICE
636 36TH STREET
Downers Grove, IL 60515-1538

Lindenmeyr Munroe
Three Manhattanville Rd.
Purchase, NY 10577-2116

Lithotype Company Inc.
2 Territorial Court, Suite B
Bolingbrook, IL 60440-3732

MARK WELLS
11403 CHURCHHILL DR.
Plainfield, IL 60585-6132

MATHESON TRI-GAS
DEPT LA 23793
Pasadena, CA 91185-0001

MATSON LOGISTICS INC.
DEPT 781413
PO BOX 78000
Detroit, MI 48278-1413

MCMASTER-CARR
PO BOX 7690
Chicago, IL 60680-7690

MILLER & ASSOCIATES  INC.
PO BOX 386
Eden, UT 84310-0386

MIRTATECH TRAKSTAR
13301 GALLERIA CIRCLE
BLDG B, SUITE 200
Bee Cave, TX 78738-6910

MOTION INDUSTRIES  INC. ROCKDALE
PO BOX 98412
Chicago, IL 60693-8412

MULTI-PLASTICS  INC.
PO BOX 674
Lewis Center, OH 43035-0674

MUTUAL  OF OMAHA
PAYMENT PROCESSING CTR
PO BOX 2147
Omaha, NE 68103-2147

Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604

McMaster-Carr Supply Co
600 N County Line Rd
Elmhurst IL 60126-2081

NATIONAL LIFT TRUCK
3333 MT. PROSPECT ROAD
Franklin Park, IL 60131-1337

NICOR
P.O. BOX 5407
Carol Stream, IL 60197-5407

NIDHI OVERSEAS
47 Babar Road
New Delhi, INDIA

NOVAFLEX
120 EASY STREET, UNIT 9
Carol Stream, IL 60188-3539

NOVOLEX BAGCRAFT  INC.
P.O BOX 738216
Dallas, TX 75373-8216

O'HAGAN/MEYER LLC
ONE EAST WACKER DRIVE, SUITE 3400
Chicago, IL 60601-2001

OEC GRAPHICS-CHICAGO
PO BOX 2443
Oshkosh, WI 54903-2443

OLD DOMINION FREIGHT LINE
P.O. BOX 742296
Los Angeles, CA 90074-2296

Old National Bank
282 N. Weber Road
Bolingbrook, IL 60440-1516

Old National Bank
Adam B. Rome/Greiman, Rome & Griesmeyer
205 W. Randolph St., Ste. 2300
Chicago  IL 60606-1820

PAMARCO GLOBAL GRAPHICS
PO BOX 674848
Detroit, MI 48267-4848

PCT EBEAM & INTEGRATION LLC
8700 HILLANDALE ROAD
Davenport, IA 52806-9619

PEN AND INC. OF MILWAUKEE  INC.
PO BOX 320551
Franklin, WI 53132-6091

PITNEY BOWES
P.O. BOX 371887
Pittsburgh, PA 15250-7887

PITSID Polygraphische
Mommsenstrabe 2
Leipzig, Saxony
Germany, 04329

POLYMOUNT US LLC
126 WEST BLEDSOE RD.
Newnan, GA 30265-1065

PREGIS FILMS LLC
1100 HYNES AVENUE
SOUTH WEST, SUITE B
Grand Rapids, MI 49507-1084

PREMIER BLANKET SERVICE
DEPT 4312
Carol Stream, IL 60122-4312

PRODUCERS CHEMICAL CO.
1960 BUCKTAIL LANE
Sugar Grove, IL 60554-9609

PROTECT ALL
109 BADGER PARKWAY
Darien, WI 53114-1591

PROVIDENT  LLC
2319 E PENSAR DR
Appleton, WI 54911-8792

Jeffery P Phillips
Dewitt LLP
25 W. Main St.
Ste 800
Madison, WI 53703-4298

ProAmpac aka Prolamina
dba Jen-Coat
2971 MOMENTUM PLACE
Chicago, IL 60689-5329

RADWELL INTERNATIONAL LLC
1 MILLENNIUM DR.
Willingboro, NJ 08046-1000

RANDOLPH AUSTIN COMPANY
2119 FM 1626
Manchaca, TX 78652-4501

RUDER ELECTRIC  INC.
1075 LESCO ROAD
Kankakee, IL 60901-9489

Resume Consulting Services Inc.
5406 S. Melvina ve.
Chicago, IL 60638-2620

Rhees Partners LLC
6220 E. Hummingbird Point
Huntsville, UT 84317-6721

Adam B. Rome
Greiman, Rome & Griesmeyer, LLC
205 West Randolph
Suite 2300
Chicago, IL 60606-1820

S & B DISTRIBUTORS
1605 MANUFACTURERS DR
Fenton, MO 63026-2838

S.S.F. SCAVENGERS
454 GARDENSIDE AVE
South San Francisco, CA 94080-1252

SALESFORCE.COM  INC.
2975 Regent Blvd
Irving, TX 75063-3155

SIEGWERK
PO BOX 719273
Philadelphia, PA 19171-9273

Safety-Kleen Systems, Inc.
PO BOX 975201
Dallas, TX 75397-5201

TECHNOTRANS AMERICA INC.
PO BOX 5815
Carol Stream, IL 60197-5815

TERMINIX
PO BOX 802155
Chicago, IL 60680-2155

TK  ELEVATOR CORP
PO BOX 3796
Carol Stream, IL 60132-3796

TRAVELERS
PO BOX 660317
Dallas, TX 75266-0317

ULINE
ATTN ACCOUNTS RECEIVABLE
PO BOX 88741
Chicago, IL 60680-1741

UNIFIRST CORPORATION
PO BOX 650481
Dallas, TX 75265-0481

UNIFIRST FIRST AID AND SAFETY
PO BOX 650116
Dallas, TX 75265-0116

UNITED PARCEL SERVICE
PO BOX 650116
Dallas, TX 75265-0116

USI INSURANCE SERVICES NAT'L
PO BOX 66119
Virginia Beach, VA 23466-6119

Uline
12575 Uline Dr
Pleasant Prairie WI 53158-3686

Uteco North America  Inc.
3400 Town Point Dr. Ste #160
Kennesaw, GA 30144-7016

VESTIS SERVICESLLC (FORM ARAMARK
500 COLONIAL CENTER PKWY
Roswell, GA 30076-8856

Vestis Services, LLC
c/o Devin G Bray
Hawley Troxell Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701-1617

VinaKom Inc.
860 REMINGTON ROAD
Schaumburg, IL 60173-4523

WATSON-MARLOW  INC.
PO BOX 780138
Philadelphia, PA 19178-0138

WEAVER AND TIDWELL LLP
2821 W 7TH STREET, STE 700
Fort Worth, TX 76107-8913

WELLS FARGO EQUIPMENT FINANCE
EQUIPMENT & VENDOR FINANCE
P.O. BOX 77101
Minneapolis, MN 55480-7101

Form 11-7 (20260311)

Case 26-02207    Doc 50    Filed 04/01/26    Entered 04/01/26 11:13:21    Desc Main
Case 26-02207    Doc 40    Filed 03/24/26    Entered 03/24/26 14:55:46    Desc Main
                        Document      Page 7 of 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        Case Number:  26-02207
Lithotype Company Inc.                    )
                                          )
                                          )        Chapter:  11
                                          )
                                          )              Honorable Daniel R. Fine
                                          )
                                          )
            Debtor(s)                     )

## ORDER AND NOTICE SETTING BAR DATE FOR FILING PROOFS OF CLAIM

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE ABOVE REFERENCED DEBTORS(S);**

You are hereby notified that if you wish to file a claim against the Bankruptcy estate of the above referenced Debtor(s) for a debt that arose before the Debtor filed its Bankruptcy case, you must file a Proof of Claim on or before  the following applicable date:

**(a)**      Claims of any governmental unit that arose prior to the case filing date must be filed on or before  _August 5, 2026_ .  (This date must not be earlier than 179 days after the date of the order for relief.)

**(b)**      All other claims that arose prior to the case filing date must be filed on or before  _May 11, 2026_ .

All claims must be filed electronically or at the following address so that they are received on or before the expiration of the bar date listed above:

> **Clerk of the U.S. Bankruptcy Court**
> **219 South Dearborn Suite 710**
> **Chicago, Illinois 60604**

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution from the Debtor's Bankruptcy estate.

Under the law some parties need not file claims. See 11 U.S.C.  § 1111(a) for a description of who does not need to file a claim.  Parties must rely on their own inspection of the Bankruptcy Code and Rules and the Debtor's schedules or advice of counsel to determine whether to file a claim.

Debtor's counsel is directed, by _March 30_      , 2026  to serve on all creditors, a copy of this Order and to file proof of service with the Clerk of the Bankruptcy Court.

Enter:

Dated:  _March 24, 2026_

Daniel R. Fine
United States Bankruptcy Judge