UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  26-02207 |
| Lithotype Company, Inc. | ) | |
| | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Daniel R. Fine |
| | ) | |
| Debtor(s) | ) | |

### ORDER  AUTHORIZING EMPLOYMENT OF FINANCIAL ADVISORS

THIS MATTER COMING TO BE HEARD on the Motion of Lithotype Company, Inc. an Illinois corporation, debtor/debtor-in-possession herein ("Debtor") to Employ  Robert W. Zimmer & Associates, LLC ("Zimmer") as its Financial Advisors in this bankruptcy case ("Motion"), proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1.  That the Motion is granted;

2.  That the Debtor is authorized to retain Zimmer as its attorneys to perform the necessary financial  advisory services on its behalf in this bankruptcy case, as of  March 30, 2026; and

3,   That the Debtor is authorized to pay a $25,000 retainer to Zimmer with further compensation subject to order of this Court.

Enter:

Dated:                                                                     United States Bankruptcy Judge

**Prepared by:**

Scott R. Clar Esq.
(Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle Street, Suite 3905
Chicago, IL  60603
(312) 641-6777
sclar@cranesimon.com