UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-02207 |
| Lithotype Company Inc. | ) | |
| | ) | Hon. Daniel R. Fine |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **14th day of April, 2026 at 10:00 a.m.**, I will appear before the Honorable Daniel R. Fine, or any judge sitting in that judge's place, either in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Motion of the Debtor for Authority to Employ Robert W. Zimmer & Associates, LLC as Financial Advisors**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** use this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941, no passcode required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this Application** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
l35 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(3l2) 64l-6777
sclar@cranesimon.com

-1-

**CERTIFICATE OF SERVICE**

I Scott R. Clar, certify that I served a copy of the foregoing Notice of Motion and the attached Motion to Employ Robert W. Zimmer & Associates, LLC as Financial Advisors for the Debtor, on each entity shown on the attached Service List at the address shown, and by the method indicated on the list, on the 3rd day of April 2026 before the hour of 5:00 p.m.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(3l2) 64l-6777
sclar@cranesimon.com

**SERVICE LIST**

**Court's Electronic Registration**:

- **Adam G. Brief**    Ustpregion11.es.ecf@usdoj.gov
- **Frank W DiCastri**    fdicastri@reinhartlaw.com, lherder@reinhartlaw.com
- **Dean Farley**    dfarley@brennanllc.com
- **Jeffery P Phillips**    jphillips@dewittllp.com, Kristie.Knitter@quarles.com
- **Adam B. Rome**    arome@grglegal.com, abernath@grglegal.com

**Served via email**:

Robert Zimmer
robertwzimmer@gmail.com

John Gerba
JGerba@Lithotype.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-02207 |
| Lithotype Company Inc. | ) | |
| | ) | Hon. Daniel R. Fine |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

**MOTION TO EMPLOY ROBERT W. ZIMMER & ASSOCIATES, LLC AS
FINANCIAL ADVISORS FOR THE DEBTOR**

Lithotype Company Inc., an Illinois corporation, debtor/debtor-in-possession herein (the "Lithotype"), by and through its attorneys, makes its Motion for Authority to Employ Robert W. Zimmer & Associates, LLC ("Zimmer") as its Financial Advisors, pursuant to section 327(a) of the Bankruptcy Code; and in support thereof, states as follows:

**Jurisdiction, Venue and Statutory Authority**

1. On February 6, 2026, the Debtor filed its voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

4. John Gerba ("Gerba") is the Director of Finance of the Debtor and the responsible party for this Chapter 11 case.

5. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2). Venue of these proceedings and this Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory predicates for the relief requested in this Motion are Sections 105 and 327(a) of the Bankruptcy Code and Federal Rules 2014, 2016 and 6003 and Local Bankruptcy Rule 2016-2.

### Relief Requested

7. Lithotype requests that pursuant to Sections 327(a) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016, the Bankruptcy Court enter an order authorizing the Zimmer to retain and employ Zimmer to provide financial advisory services during this case, pursuant to and in accordance with the terms and conditions set forth in that Agreement for Services (the "Agreement"), a copy of which is attached hereto as **Exhibit A,** on behalf of Zimmer.

### Basis for Relief Requested

8. The Debtor may employ one or more professionals, provided that such professionals are disinterested persons and do not hold or represent an interest adverse to the estate or its creditors.

9. Gerba is leaving at the end of the month and although the Debtor is hiring a new director of finance there is a need for additional services of financial advisors. The Debtor is employee owned, and has experienced turmoil, both with respect to management and its business, before the Petition Date. As a result, the Debtor believes a financial advisor is necessary to assist the Debtor in its reorganization effort.

-2-

10. Lithotype seeks to retain Zimmer because of Zimmer's extensive experience in business reorganizations under Chapter 11 of the Bankruptcy Code.

### Disinterestedness of Zimmer

11. To the best of the Debtor's knowledge, information and belief, based on the Declaration of Zimmer attached hereto as **Exhibit B**, Zimmer is "disinterested," as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

### Services to be Performed by Zimmer

12. The professional services to be rendered by Zimmer to the Debtor include, but are not limited to:

A. Investigating the Debtor's books and records related to the Debtor's financial activities prior to the Petition Date;

B. In Gerba's absence, preparing the Debtor's monthly operation reports and assisting the Debtor with its cash flow projections in connection with the Debtor's future plan of reorganization; and

C. Performing all the financial services for the Debtor which may be necessary and proper in these proceedings.

### Compensation

13. Zimmer has requested a $25,000 retainer to be applied toward its compensation, which will be billed on an hourly basis at the rate of $250.00 per hour. Any further compensation will be subject to further order of Court.

14. Employment of Zimmer as financial advisors to the Debtor is in the best interests of the Debtor's creditors and the Debtor's estate.

15.     Zimmer understands that any compensation and expenses paid to Zimmer must be approved by this Court upon application consistent with the Bankruptcy Code, applicable Bankruptcy Rules, and any fee procedure orders entered in this case.

16.     Notice of this Motion has been given to all parties on the official court service list and all parties having requested notice.

WHEREFORE, Lithotype Company, Inc., prays for the entry of an Order as follows:

A.     Authorizing the Debtor to Employ Robert W. Zimmer and Robert W. Zimmer & Associates, LLC as its financial advisors,

B.     Authorizing the Debtor to pay a $25,000 retainer to Robert W. Zimmer and Robert W. Zimmer & Associates, LLC, with further compensation subject to further order of court; and

C.     For such other and further relief as this Court deems just and appropriate.

Respectfully submitted,
LITHOTYPE COMPANY, INC.

By:  /s/ Scott R. Clar
One of its attorneys

**COUNSEL TO THE DEBTOR:**
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 S. LaSalle Street, # 3950
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

-4-