**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)   Case No. 26-02207
Lithotype Company Inc. )
)   Hon. Daniel R. Fine
Debtor/Debtor-in-Possession. )
)   Chapter 11

## AFFIDAVIT OF FINANCIAL ADVISOR

I, Robert W. Zimmer, certify, depose and state as follows:

1.      I am a financial advisor and principal of the firm of Robert W. Zimmer & Associates, LLC ("Zimmer") with offices located at  9941 Mansfield, Oaklawn, Illinois 60453.

2.      Neither I nor any partner, insofar as we have been able to ascertain, had any prior contact with the Debtor, has any connection with the Debtor, its creditors, or any other party in interest, or its respective attorneys. I have researched the Debtor's schedules, creditor list and client lists to determine my firm's connection with Debtor, creditors, any other party-in-interest in this case, and their respective attorneys and/or accountants.  My research has led me to conclude that my company has not represented or otherwise had a relationship with any potential parties-in-interest prior to or since the onset of this bankruptcy case.

3.      To the best of my knowledge, information and belief, I do not hold any interest or represent any interest adverse to this estate, the Debtor, its creditors, or are related to, in any manner, the United States Trustee in this District or any of its employees, or any individual serving in any capacity as either United States Trustee or Assistant United States Trustee in any other District.

4.      Based on the foregoing, I believe that I am "disinterested" within the meaning of Section 101(14) and 327 of the Bankruptcy Code.

5.      Pursuant to Section 504 of the Bankruptcy Code, the undersigned states that no agreement or understanding exists between me and any other person for a division of compensation received or to be received herein.   No division of compensation shall be made except as provided in Sec. 504, and no agreement, expressed or implied, has been or will be entered into, with the Debtor, creditors, Trustee in bankruptcy or representative of any of them, or attorney for any party in interest for the purpose of fixing of fees and other compensation to be paid to any party in interest or to any attorney or any other party in interest, or to any person for services rendered in connection therewith from the assets of the estate, contrary to the provisions of the Bankruptcy Code, and except as described in the Motion for Authority to Employ Financial Advisors.

FURTHER, Affiant sayeth not.

_Robert W. Zimmer_ (signature)

Robert W. Zimmer

Subscribed and sworn to
before me this ____ day
of _March 28_, 2026

_____
Notary Public

Official Seal
KYREE OMARI HERON
Notary Public, State of Illinois
Commission No. 1025715
My Commission Expires February 19, 2030