Form G3 (20260120)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        Case Number:  26-02207
Lithotype Company, Inc.                    )
                                           )
                                           )        Chapter:  11
                                           )
                                           )        Honorable Daniel R. Fine
                                           )
           Debtor(s)                       )

### ORDER  AUTHORIZING EMPLOYMENT OF FINANCIAL ADVISORS

THIS MATTER COMING TO BE HEARD on the Motion of Lithotype Company, Inc. an Illinois corporation, debtor/debtor-in-possession herein ("Debtor") to Employ  Robert W. Zimmer & Associates, LLC ("Zimmer") as its Financial Advisors in this bankruptcy case ("Motion"), proper notice having been provided; no objections having been interposed; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1.  That the Motion is granted;

2.  That the Debtor is authorized to retain Zimmer as its attorneys to perform the necessary financial  advisory services on its behalf in this bankruptcy case, as of  March 30, 2026; and

3,   That the Debtor is authorized to pay a $25,000 retainer to Zimmer with further compensation subject to order of this Court.

Enter:

Dated:                                                      United States Bankruptcy Judge

**Prepared by:**

Scott R. Clar Esq.
(Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle Street, Suite 3905
Chicago, IL  60603
(312) 641-6777
sclar@cranesimon.com