Form 65 (20260120)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                    )          Case Number:  26-02207
Lithotype Company, Inc.                                   )
                                                          )
                                                          )          Chapter:   11
                                                          )
                                                          )          Honorable Daniel R. Fine
                                                          )
                    Debtor(s)                             )

## ORDER GRANTING MOTION TO REDACT
## PERSONAL INFORMATION PURSUANT TO L.B.R. 9037-1

THIS MATTER COMING TO BE HEARD on the Motion of Lithotype Company, Inc., Debtor/Debtor-in-Possession herein, to Redact Personal Information Pursuant to L.B.R. 9037-1 ("Motion"); the Court having reviewed the Motion, and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is granted;

IT IS FURTHER ORDERED that the Clerk of the Court shall redact page number 6 of Exhibit A to the Motion of the Debtor for Authority to Employ Robert W. Zimmer & Associates, LLC as Financial Advisors (docket #51).

Enter:

Daniel R. Fine
United States Bankruptcy Judge

Dated: April 7, 2026

**Prepared by:**

Scott R. Clar Esq.
(Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle Street, Suite 3905
Chicago, IL  60603
(312) 641-6777
sclar@cranesimon.com