UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-02207 |
| Lithotype Company, Inc. | ) | |
| | ) | Hon.   Daniel R. Fine |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Lithotype Company Inc., an Illinois corporation,

debtor/debtor-in-possession herein ("Lithotype"), hereby withdraws its Motion for

Authority to Employ Robert W. Zimmer & Associates, LLC as its Financial Advisors,

docketed as entry no. 54.


DATED:   April 13, 2026

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 South LaSalle Street, Suite 3950
Chicago, IL 60603
(312) 641-6777
(312) 641-7114 (fax)
sclar@cranesimon.com

-1-

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice of Withdrawal to be served on all parties listed on the attached Service List via the Court's Electronic Registration, or email (as indicated) on the 13th day of April 2026.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**:

- **Adam G. Brief**    Ustpregion11.es.ecf@usdoj.gov
- **Frank W DiCastri**    fdicastri@reinhartlaw.com, lherder@reinhartlaw.com
- **Dean Farley**    dfarley@brennanllc.com
- **Jeffery P Phillips**    jphillips@dewittllp.com, Kristie.Knitter@quarles.com
- **Adam B. Rome**    arome@grglegal.com, abernath@grglegal.com

**Served via email**:

Robert Zimmer
robertwzimmer@gmail.com

John Gerba
JGerba@Lithotype.com