UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   26-02207 |
| LITHOTYPE COMPANY INC., | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Daniel R. Fine |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ALLOWING SECTION 503(B)(9) ADMINISTRATIVE EXPENSE PRIORITY CLAIM

The cause having come before the Court on the Motion of Glenroy, Inc. for Allowance of Section 503(b)(9) Administrative Expense Priority Claim (the "Motion"), due and proper notice of the Motion having been given, and the Court being fully advised, IT IS HEREBY ORDERED THAT:

(1) the Motion is granted; and

(2) Glenroy, Inc. shall hold an allowed, administrative expense priority claim against Debtor's estate in the amount of $89,584.24, pursuant to 11 U.S.C. sec. 503(b)(9).

(3) No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter:

Honorable Daniel R. Fine
United States Bankruptcy Judge

Dated:  April 14, 2026

**Prepared by:**

Frank W. DiCastri
REINHART BOERNER VAN DEUREN s.c.
1000 N. Water St. #1700
Milwaukee, WI 53202
(414) 298-1000
fdicastri@reinhartlaw.com