UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-02207 |
| Lithotype Company Inc. | ) | |
| | ) | Hon. Daniel R. Fine |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **28th day of April, 2026 at 10:00 a.m.**, I will appear before the Honorable Daniel R. Fine, or any judge sitting in that judge's place, either in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Motion of the Debtor for Authority to Install and Compensate John Gerba as Chairman of the Board**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** use this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941, no passcode required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this Application** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
l35 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(3l2) 64l-6777
sclar@cranesimon.com

-1-

## <u>CERTIFICATE OF SERVICE</u>

I Scott R. Clar, certify that I served a copy of the foregoing Notice of Motion and the attached Motion on each entity shown on the attached Service List at the address shown, and by the method indicated on the list, on the 20th day of April 2026 before the hour of 5:00 p.m.

/s/Scott R. Clar
Crane, Simon, Clar & Goodman
135 S. LaSalle St., Suite 3950
Chicago, Illinois 60603
(3l2) 64l-6777
sclar@cranesimon.com

-2-

## SERVICE LIST

**Court's Electronic Registration**:

- **Adam G. Brief**     Ustpregion11.es.ecf@usdoj.gov
- **Frank W DiCastri**    fdicastri@reinhartlaw.com, lherder@reinhartlaw.com
- **Dean Farley**    dfarley@brennanllc.com
- **Jeffery P Phillips**    jphillips@dewittllp.com, Kristie.Knitter@quarles.com
- **Adam B. Rome**    arome@grglegal.com, abernath@grglegal.com

**Served via email**:

John Gerba
JGerba@Lithotype.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-02207 |
| Lithotype Company Inc. | ) | |
| | ) | Hon. Daniel R. Fine |
| Debtor/Debtor-in-Possession. | ) | |
| | ) | Chapter 11 |

**MOTION FOR AUTHORITY TO INSTALL AND COMPENSATE
JOHN E. GERBA AS ITS CHAIRMAN OF THE BOARD**

Lithotype Company Inc., an Illinois corporation, debtor/debtor-in-possession herein (the "Lithotype"), by and through its attorneys, makes its Motion for Authority to Install and Compensate John E. Gerba ("Gerba") as its Chairman of the Board pursuant to Section 105 of the Bankruptcy Code; and in support thereof, states as follows:[1]

**Jurisdiction, Venue and Statutory Authority**

1. On February 6, 2026, the Debtor filed its voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has been operating its business and managing its financial affairs as debtor-in-possession since the Petition Date.

3. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

4. This Court has jurisdiction over this Motion.

5. The statutory predicate for the relief requested in this Motion is Section 105 of the Bankruptcy Code.

---

[1] Decisions as to board positions and their compensation are generally ordinary course decisions for which no court order is required. However, given the rather unique history of Gerba's employment, detachment from the Debtor, and now re-entry, the Debtor feels that out of an abundance of caution, a motion and order are necessary.

### Relevant Factual Background

6.      The Debtor is an Illinois corporation which is in the business of manufacturing flexible packaging and printing.

7.      The Debtor has sixty-two (62) employees.

8.      The Debtor's Chapter 11 case was filed due to the Debtor's being unable to service its secured and unsecured debt.

### Installment of John Gerba as Chairman of the Board

9.      On the Petition Date, Gerba was the Debtor's Director of Finance, and its responsible party in this Chapter 11 case.

1o.      As of the end of March 2026, Gerba left the Debtor's employ for another position.  Since that date, Gerba has continued to assist the Debtor with its financial reporting and has provided other services.  Gerba is returning to the Debtor full time after a short stint with another company.

11.      The Debtor has replaced Gerba as director of finance, but has determined that Gerba's expertise and knowledge, combined with the resignation of the former chairman of the board, necessitates Gerba remaining in a significant role for the Debtor.

### Relief Requested

12.      By this Motion, the Debtor requests the entry of an Order installing Gerba as chairman of the board to be compensated at the rate of $180,000  per year.   A copy of the Debtor's Resolution of the Board of Directors by Unanimous Consent is attached hereto as **EXHIBIT A**.

WHEREFORE, Lithotype Company, Inc., prays for the entry of an Order authorizing it to install John E. Gerba as chairman of the board, and to compensate him at the rate of $180,000 per year and for such other and further relief as this Court deems just and appropriate.

Respectfully submitted,
LITHOTYPE COMPANY, INC.

By:  /s/ Scott R. Clar
       One of its attorneys

**COUNSEL TO THE DEBTOR:**
Scott R. Clar (
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 S. LaSalle Street, # 3950
Chicago, Illinois 60603
312-641-6777
sclar@cranesimon.com

-3-