## RESOLUTION OF THE BOARD OF DIRECTORS
## BY UNANIMOUS CONSENT

April 16, 2026

The undersigned, constituting the members of the Board of Directors of Lithotype, Inc. (hereinafter "Lithotype"), pursuant to the applicable provisions of the Illinois Business Corporation Law, as amended, takes the following actions:

1. IT IS RESOLVED that John E. Gerba be and he hereby appointed a full-time employee as Chairman of the Board effective April 20, 2026 with an annual salary of $180,000. He shall serve as Chairman until such time as he or the Board of Directors otherwise decides or the appointment is revoked by a subsequent resolution.

DATE: April 16, 2026

Board of Directors of
LITHOTYPE, INC.

By: _____
Wardell Taylor
By: _____
Henry Coleman
By: _____
John E. Gerba

