UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )        Case Number:  26-02207
Lithotype Company, Inc.          )
                                   )
                                   )          Chapter:  11
                                   )                Honorable Daniel R. Fine
                                   )
         Debtor(s)         )

### ORDER  AUTHORIZING DEBTOR TO INSTALL AND COMPENSATE
### JOHN E. GERBA AS CHAIRMAN OF THE BOARD

THIS MATTER COMING TO BE HEARD on the Motion of Lithotype Company, Inc. an Illinois corporation, debtor/debtor-in-possession herein ("Debtor") to Install and Compensate John Gerba as Chairman of the Board ("Motion"), proper notice having been provided; no objections having been interposed or any objections  having been overruled; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1.  The Motion is granted;

2.  The Debtor is authorized to install John E. Gerba as a full time employee as chairman of the board; and

3,  The Debtor is authorized to compensate Gerba at the rate of $180,000 per year.

Enter:

Dated:                                            United States Bankruptcy Judge

**Prepared by:**

Scott R. Clar Esq.
(Atty. No. 06183741)
CRANE, SIMON, CLAR & GOODMAN
135 South LaSalle Street, Suite 3905
Chicago, IL  60603
(312) 641-6777
sclar@cranesimon.com