# UNITED STATES BANKRUPTCY COURT

## NORTHERN  DISTRICT OF  ILLINOIS

### EASTERN DIVISION

In Re. LITHOTYPE COMPANY,INC.   §   Case No.  26-02207
 §
 §
_____ §
Debtor(s)   §
☐ Jointly Administered

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 03/31/2026            Petition Date: 02/06/2026

Months Pending: 2                   Industry Classification: | 3 | 2 | 3 | 1 |

Reporting Method:          Accrual Basis ◉        Cash Basis ◯

Debtor's Full-Time Employees (current):          56

Debtor's Full-Time Employees (as of date of order for relief):   61

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☒   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

John E. Gerba                          John E. Gerba
_____          _____
Signature of Responsible Party             Printed Name of Responsible Party

04/22/2026                         2 Territoral Court Suite B
_____          Bolingbrook, IL. 60440
Date                               _____
                                   Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name LITHOTYPE COMPANY,INC.                               Case No. 26-02207

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $408,180 | |
| b. Total receipts (net of transfers between accounts) | $2,612,648 | $8,208,075 |
| c. Total disbursements (net of transfers between accounts) | $2,737,434 | $7,624,451 |
| d. Cash balance end of month (a+b-c) | $283,394 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,737,434 | $7,624,451 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $2,860,205 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $499,931 |
| c. Inventory   (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $4,415,397 |
| d. Total current assets | $7,767,258 |
| e. Total assets | $8,014,478 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $9,050,898 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $7,412,581 |
| n. Total liabilities (debt) (j+k+l+m) | $16,463,479 |
| o. Ending equity/net worth (e-n) | $-8,449,001 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $2,612,648 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $2,396,559 | |
| c. Gross profit (a-b) | $216,089 | |
| d. Selling expenses | $17,909 | |
| e. General and administrative expenses | $322,966 | |
| f. Other expenses | $-13,533 | |
| g. Depreciation and/or amortization (not included in 4b) | $93,011 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-138,320 | $-468,659 |

UST Form 11-MOR (12/01/2021)                               2

| Comp Ledge | Customer | Customer Name | 2,860,204.54 Account Balance | 1,974,921.25 Current Balance | 400,502.53 Month 1 | 166,316.89 Month 2 | 499,931.30 Month 3+ | - Month 4+ | - Month 5+ | (181,467.43) Unallocated |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 AR | 0013 | PEAK PERFORMANCE NUTRIENT | 1,500.00 | - | - | - | 1,500.00 | - | - | - |
| 10 AR | 0057 | MEGALABS INC | 586.65 | - | - | - | 1,942.42 | - | - | (1,355.77) |
| 10 AR | 0087 | NORTON & ASSOCIATES | (784.36) | - | - | - | - | - | - | (784.36) |
| 10 AR | 0094 | L&R MANUFACTURING | (4,058.95) | - | - | - | - | - | - | (4,058.95) |
| 10 AR | 0097 | RAINBOW GOLD PRODUCTS INC. | 4,568.26 | 4,568.26 | - | - | - | - | - | - |
| 10 AR | 0136 | ASSEMBLIES UNLIMITED INC. | 76,035.96 | 76,035.96 | - | - | - | - | - | - |
| 10 AR | 0137 | CELESTE INDUSTRIES CORP. | 19,748.60 | 19,748.60 | - | - | - | - | - | - |
| 10 AR | 0144 | STEARNS PACKAGING CHEM | 24,771.20 | 24,771.20 | - | - | - | - | - | - |
| 10 AR | 0222 | MAKER'S PRIDE | 11,280.92 | - | - | - | 11,280.92 | - | - | - |
| 10 AR | 0223 | CCPC-CREATIVE CONTRACT PACKAGING | 80,288.88 | 80,288.88 | - | - | - | - | - | - |
| 10 AR | 0249 | PROTECH PROFESSIONAL PRODUCTS | 5,533.63 | - | 5,533.63 | - | - | - | - | - |
| 10 AR | 0325 | HAIN CELESTIAL / CELESTIAL | 47,257.80 | 47,257.80 | - | - | - | - | - | - |
| 10 AR | 0353 | MATTPAK INC . | 379,513.86 | 313,777.72 | 65,736.14 | - | - | - | - | - |
| 10 AR | 0361 | VALENT BIOSCIENCES LLC | 28,239.44 | 11,033.46 | 7,537.88 | - | 9,668.10 | - | - | - |
| 10 AR | 0391 | MCCLANCY SEASONING CO. | 57,994.60 | 58,096.60 | - | - | - | - | - | (102.00) |
| 10 AR | 0393 | UNIPAK LLC | 58,135.12 | 41,275.36 | 16,859.76 | - | - | - | - | - |
| 10 AR | 0412 | SARATOGA SPECIALTY | 124,912.61 | 125,097.07 | - | - | - | - | - | (184.46) |
| 10 AR | 0420 | KENT PRECISION FOODS GROUP | 13,021.37 | 28,337.40 | - | - | - | - | - | (15,316.03) |
| 10 AR | 0422 | ICE CREAM SPECIALTIES | 86,088.20 | 86,088.20 | - | - | - | - | - | - |
| 10 AR | 0457 | DEAD DOWN WIND | 18,058.24 | 18,058.24 | - | - | - | - | - | - |
| 10 AR | 0473 | Capstone Nutrition | 69,622.93 | 69,622.93 | - | - | - | - | - | - |
| 10 AR | 0498 | ADVANTUS | 3,148.80 | 3,148.80 | - | - | - | - | - | - |
| 10 AR | 0512 | Fabricon Products Inc | - | - | - | - | 1,962.78 | - | - | (1,962.78) |
| 10 AR | 0515 | NUTRITIONAL RESOURCES | 6,934.24 | - | - | - | 23,818.24 | - | - | (16,884.00) |
| 10 AR | 0516 | CONIFER SPECIALTIES | 68,929.79 | 60,363.19 | 8,566.60 | - | - | - | - | - |
| 10 AR | 0522 | PYURE BRANDS | (1,849.04) | - | - | - | - | - | - | (1,849.04) |
| 10 AR | 0523 | CHEMLINK | 35,036.26 | - | 35,036.26 | - | - | - | - | - |
| 10 AR | 0556 | SHANK'S EXTRACT | 153,244.93 | 153,244.93 | - | - | - | - | - | - |
| 10 AR | 0560 | RICCA CHEMICAL | 8,747.61 | 8,074.17 | - | - | 673.44 | - | - | - |
| 10 AR | 0578 | IGNITE NATURALS | - | - | - | - | 951.00 | - | - | (951.00) |
| 10 AR | 0613 | AMERICAN INSTANTS | 1,689.32 | - | - | 1,000.00 | 689.32 | - | - | - |
| 10 AR | 0627 | SAFEWAY | (1,199.98) | - | - | - | - | - | - | (1,199.98) |
| 10 AR | 1430 | NOH FOODS | 28,291.19 | - | 28,291.19 | - | - | - | - | - |
| 10 AR | 1994 | SUGAR FOODS CORPORATION. CS | 47,958.64 | 47,958.64 | - | - | - | - | - | - |
| 10 AR | 2117 | ULTRA SEAL CORPORATION | 8,599.57 | 8,599.57 | - | - | - | - | - | - |
| 10 AR | 2350 | WILLIAMS FOODS INC | 13,180.72 | - | - | - | 22,321.96 | - | - | (9,141.24) |
| 10 AR | 3050 | NEWLY WEDS FOODS/HELLER | 96,679.09 | - | - | - | 98,079.32 | - | - | (1,400.23) |
| 10 AR | 3299 | COMPACT INDUSTRIES INC. | 365,801.17 | 372,726.46 | - | - | - | - | - | (6,925.29) |
| 10 AR | 3323 | LITHOTYPE PLANT 2 | 879.00 | - | - | - | 879.00 | - | - | - |
| 10 AR | 3416 | PIZZA SPICE PACKET | 149,685.64 | 57,765.86 | 26,967.78 | 38,974.84 | 25,977.16 | - | - | - |
| 10 AR | 3498 | Baron Spices & Seasoning | 8,081.27 | - | 8,081.27 | - | - | - | - | - |
| 10 AR | 3512 | K. Heeps LLC | 10,759.46 | 6,411.04 | - | - | 4,428.26 | - | - | (79.84) |
| 10 AR | 3524 | WISDOM NATURAL BRANDS | 106,840.67 | 106,840.67 | - | - | - | - | - | - |
| 10 AR | 3540 | MultPak | 14,146.64 | - | 14,146.64 | - | - | - | - | - |
| 10 AR | 3544 | 3PSCM LLC | (627.32) | - | - | - | - | - | - | (627.32) |
| 10 AR | 3546 | Detergent Marketing Systems Inc. | 8,649.42 | 8,649.42 | - | - | - | - | - | - |
| 10 AR | 3560 | ANI Pharmaceuticals Inc. | 93,449.01 | - | - | 93,449.01 | - | - | - | - |
| 10 AR | 3562 | ICE POP FACTORY | 7,391.89 | - | 7,391.89 | - | - | - | - | - |
| 10 AR | 3568 | Professional Packaging Service | 10,285.80 | - | 10,285.80 | - | - | - | - | - |
| 10 AR | 3570 | ASPEN PRESS COMPANY LLC | - | - | - | - | 5,114.01 | - | - | (5,114.01) |
| 10 AR | 3578 | Upstar Nutrition Inc | 71,517.31 | 17,379.20 | 54,138.11 | - | - | - | - | - |
| 10 AR | 3604 | JP Packaging LLC | (236.50) | - | - | - | 4,726.96 | - | - | (4,963.46) |
| 10 AR | 3606 | Bowles Packaging Company LLC | 17,107.20 | 17,107.20 | - | - | - | - | - | - |
| 10 AR | 3610 | INVENTIVE PRIVATE LABEL | 8,236.02 | - | - | - | 8,236.02 | - | - | - |
| 10 AR | 3614 | SOCALI MANUFACTURING INC | 933.56 | 939.56 | - | - | - | - | - | (6.00) |
| 10 AR | 3624 | SOMBRA COSMETICS | - | - | - | - | 3,000.00 | - | - | (3,000.00) |
| 10 AR | 3626 | DELICIOSA FOOD GROUP INC | 8,672.55 | - | - | - | 8,672.55 | - | - | - |
| 10 AR | 3632 | GAINFUL HEALTH INC. | (407.03) | - | - | - | - | - | - | (407.03) |
| 10 AR | 3659 | SCENTRY BIOLOGICALS INC | 15,971.42 | - | 15,971.42 | - | - | - | - | - |
| 10 AR | 3667 | CURE PHARMA | 4,941.58 | - | - | - | 4,941.58 | - | - | - |
| 10 AR | 3686 | ROCKY MOUNTAIN PACKAGING INC | (1,213.44) | - | - | - | - | - | - | (1,213.44) |
| 10 AR | 3728 | KINDER'S PREMIUM QUALITY SEASONINGS & SA | 123,495.20 | - | - | - | 123,495.20 | - | - | - |
| 10 AR | 3730 | COFFIG FOR LIFE. LLC | - | - | - | - | 3,792.06 | - | - | (3,792.06) |
| 10 AR | 3732 | THE LIV GROUP INC | 200,675.56 | 101,654.86 | 72,958.43 | - | 26,062.27 | - | - | - |
| 10 AR | 3750 | CONTRACT SUPPLEMENT PACKAGNG LLC | 32,893.04 | - | - | 32,893.04 | - | - | - | - |
| 10 AR | 3754 | PS SEASONING & SPICES INC. | 9,900.00 | - | 9,900.00 | - | - | - | - | - |
| 10 AR | 3773 | COLLEGE CIRCLE CREAMERY LLC. | (370.09) | - | - | - | - | - | - | (370.09) |
| 10 AR | 3777 | CUSTOM BLENDING SOLUTIONS | (923.34) | - | - | - | - | - | - | (923.34) |
| 10 AR | 3787 | W.H.BRAUM INC. | (450.00) | - | - | - | - | - | - | (450.00) |
| 10 AR | 3789 | WITHIN SKIN LLC | 11.16 | - | - | - | 11.16 | - | - | - |
| 10 AR | 3799 | MH FOOD GROUP | 9,301.86 | - | - | - | 9,301.86 | - | - | - |
| 10 AR | 3815 | S.C.JOHNSON & SON INC. | 13,099.73 | - | 13,099.73 | - | - | - | - | - |
| 10 AR | 3831 | PASCO PROCESSING LLC | - | - | - | - | 92,655.71 | - | - | (92,655.71) |
| 10 AR | 5023 | SALLY BEAUTY | - | - | - | - | 5,750.00 | - | - | (5,750.00) |

| | | | | |
|---|---|---|---|---|
| **Revenue** | 2,925,072.00 | 2,284,018.00 | 2,612,648.00 | 7,821,737.00 |
| Sales Returns | (5,273.00) | 570.00 | | (4,703.00) |
| **Total Net Sales** | **2,919,799.00** | **2,284,588.00** | **2,612,648.00** | **7,817,034.00** |
| | | | | |
| Purchases | 1,885,987.00 | 1,495,837.00 | 1,660,027.00 | 5,041,851.00 |
| **Direct Production Cost** | | | | |
| Direct Factory Cost | 376,666.00 | 359,052.00 | 462,510.00 | 1,198,228.00 |
| Factory Overhead | 208,589.00 | 188,882.00 | 176,879.00 | 574,350.00 |
| Freight Exp | 50,867.00 | 27,089.00 | 43,734.00 | 121,690.00 |
| Commissions | 73,174.00 | 89,095.00 | 53,409.00 | 215,678.00 |
| **Total Cost of Sales** | **2,595,283.00** | **2,159,955.00** | **2,396,559.00** | **7,151,797.00** |
| | | | | - |
| **Gross Profit** | **324,516.00** | **124,633.00** | **216,089.00** | **665,237.00** |
| | | | | |
| Gral & Admin Exp | 257,502.00 | 335,240.00 | 322,966.00 | 915,708.00 |
| Sales Exp | 84,406.00 | 124,175.00 | 17,909.00 | 226,490.00 |
| **Total Income From Operations** | (17,392.00) | (334,782.00) | (124,786.00) | (476,960.00) |
| Other Income & Exp | (63,170.00) | (14,648.00) | (13,533.00) | (91,351.00) |
| **Income (loss) Before Taxes** | **(80,562.00)** | **(349,430.00)** | **(138,320.00)** | **(568,312.00)** |
| | | | | - |
| Income Tax Exp-ESOP Ret Exp | 17,486.00 | 3,129.00 | | 20,615.00 |
| **Total Net Income (loss)** | **(98,048.00)** | **(352,559.00)** | **(138,320.00)** | **(588,927.00)** |
| | | | | - |
| | | | | - |
| | | | | - |
| **EBITA** | | | | |
| Income (loss) Before Taxes | (80,562.00) | (349,430.00) | (138,320.00) | (568,312.00) |
| Interest Expense | 46,597.00 | | | 46,597.00 |
| Depreciation | 93,011.00 | 93,011.00 | 93,011.00 | 279,033.00 |
| | | | | - |

| | Jan | Feb | March | Q1 Total |
|---|---|---|---|---|
| **EBITA** | 59,046.00 | (256,419.00) | (45,309.00) | (242,682.00) |
| **Rent Exp** | 49,032.00 | 38,963.00 | 54,246.00 | 142,241.00 |
| **EBITDAR** | **108,078.00** | **(217,456.00)** | **8,937.00** | **(100,441.00)** |

| Company Ledger | Supplier | Name | 7,463,095.21 Account Balance | (60,881.72) Current Balance | 258,471.57 Month 1 | 2,410,259.10 Month 2 | 4,855,246.26 Month 3+ |
|---|---|---|---|---|---|---|---|
| 10 AP | 8 | FLEXOGRAFIX | 1,466.82 | - | 1,466.82 | - | - |
| 10 AP | 41 | SAFETY KLEEN SYSTEM | 18,683.79 | - | - | - | 18,683.79 |
| 10 AP | 52 | ILLINOIS-ENVIRONMENTAL PROTECTION A | 235.00 | - | - | - | 235.00 |
| 10 AP | 86 | MOTION INDUSTRIES | 1,228.94 | - | - | 1,125.19 | 103.75 |
| 10 AP | 138 | WELLS FARGO EQUIPMENT FINANCE | 6,092.73 | 493.43 | 1,655.29 | 3,944.01 | - |
| 10 AP | 142 | AMPERE ELECTRIC SERVICES | 10,690.54 | - | 741.00 | - | 9,949.54 |
| 10 AP | 163 | CHICAGO MAILING TUBE | 11,852.80 | - | - | 11,852.80 | - |
| 10 AP | 168 | INNOVIA FILMS AMERICA  INC. | 516,281.91 | 158,924.38 | (159,324.38) | 136,606.69 | 380,075.22 |
| 10 AP | 176 | MARK WELLS | 4.32 | - | - | - | 4.32 |
| 10 AP | 210 | FIDELITY INVESTMENTS | 500.00 | - | - | - | 500.00 |
| 10 AP | 212 | JC'S JANITORIAL SERVICES | 2,850.00 | - | - | - | 2,850.00 |
| 10 AP | 216 | BADGER PLUG | (158.00) | - | - | - | (158.00) |
| 10 AP | 222 | ALL PRINTING RESOURCES | 31,593.77 | 97.96 | - | 9,077.34 | 22,418.47 |
| 10 AP | 233 | JORSEN AND CARLSON COMPANY | 2,615.00 | - | - | - | 2,615.00 |
| 10 AP | 235 | GROOT IND. DIV OF WASTE CONNECTIONS | 30,436.31 | 10,015.71 | - | 10,098.97 | 10,321.63 |
| 10 AP | 245 | ProAmpac aka Prolamina | 678,405.39 | - | - | 200,659.72 | 477,745.67 |
| 10 AP | 259 | ESTES EXPRESS LINES | 689.32 | - | - | - | 689.32 |
| 10 AP | 309 | MATSON LOGISTICS INC. | 29,900.00 | - | 1,500.00 | 16,400.00 | 12,000.00 |
| 10 AP | 350 | PROTECT ALL | 52,572.28 | - | - | - | 52,572.28 |
| 10 AP | 351 | TERMINIX | 475.50 | - | - | - | 475.50 |
| 10 AP | 369 | SUPPORT PRODUCTS  INC. | (119.04) | - | - | - | (119.04) |
| 10 AP | 395 | EDWARD OCCUPATIONAL HEALTH | 1,934.00 | 102.00 | - | 808.00 | 1,024.00 |
| 10 AP | 403 | FLEXPAK | 1,122.42 | - | - | - | 1,122.42 |
| 10 AP | 417 | ILLINOIS SECRETARY OF STATE | 106.00 | - | 106.00 | - | - |
| 10 AP | 438 | ChemPoint.com Inc. | 27,128.94 | (2,394.20) | - | - | 29,523.14 |
| 10 AP | 459 | PRODUCERS CHEMICAL CO. | 4,095.17 | - | 23.09 | - | 4,072.08 |
| 10 AP | 462 | PREMIER BLANKET SERVICE | 45,912.69 | - | - | - | 45,912.69 |
| 10 AP | 479 | OEC GRAPHICS-CHICAGO | 8,886.70 | - | - | 282.87 | 8,603.83 |
| 10 AP | 539 | CIGNA HEALTHCARE | (6,781.42) | (6,084.69) | - | - | (696.73) |
| 10 AP | 541 | KAISER FOUNDATION HEALTH PLAN | (5,883.99) | - | - | - | (5,883.99) |
| 10 AP | 562 | NOVOLEX BAGCRAFT  INC. | 85,167.52 | - | - | - | 85,167.52 |
| 10 AP | 585 | MILLER & ASSOCIATES  INC. | 13,000.00 | - | - | - | 13,000.00 |
| 10 AP | 597 | AMERICAN EXPRESS | 270.00 | - | - | - | 270.00 |
| 10 AP | 620 | TRAVELERS | 60,593.80 | - | - | 25,921.33 | 34,672.47 |
| 10 AP | 642 | WALT & KATHY SCHNEITER | 1,125.00 | - | - | - | 1,125.00 |
| 10 AP | 770 | ITUAbsorbTech  Inc. | 17,529.90 | 3,748.72 | - | 6,975.02 | 6,806.16 |
| 10 AP | 774 | PREGIS FILMS LLC | 231,820.78 | (13,785.99) | 77,600.92 | (5,399.04) | 173,404.89 |
| 10 AP | 780 | FLEX FILMS | 173,578.34 | - | 21,392.88 | 38,698.18 | 113,487.28 |
| 10 AP | 803 | NOVAFLEX | 2,892.02 | - | - | - | 2,892.02 |
| 10 AP | 811 | AMUT S.P.A. | 3,908.40 | 3,908.40 | - | - | - |
| 10 AP | 839 | CALS ELECTRIC SERVICE INC | 1,357.50 | 562.50 | 795.00 | - | - |
| 10 AP | 854 | Filmquest Group | 33,828.46 | (12,819.87) | - | 46,648.33 | - |
| 10 AP | 864 | IMPACT NETWORKING  LLC | 100,656.15 | - | 40,216.30 | 40,216.30 | 20,223.55 |
| 10 AP | 874 | CONTIWEB LLC | 22,014.92 | - | - | - | 22,014.92 |
| 10 AP | 876 | Uteco North America  Inc. | 16,638.32 | - | - | 217.90 | 16,420.42 |
| 10 AP | 897 | BINARYSOFT INC. | 8,000.00 | - | - | - | 8,000.00 |
| 10 AP | 908 | ATLANTIC COATED PAPERS LTD. | 213,618.53 | 135,880.47 | - | 13,095.16 | 64,642.90 |
| 10 AP | 933 | LAZY CREEK COFFEE SERVICE | 394.50 | - | - | 394.50 | - |
| 10 AP | 948 | FLXON INCORPORATED | 2,353.34 | - | 1,200.00 | - | 1,153.34 |
| 10 AP | 949 | TECHNOTRANS AMERICA INC. | 5,456.82 | 1,163.03 | - | - | 4,293.79 |
| 10 AP | 950 | BRANDT BOX & PAPER CO.  INC. | 2,786.40 | - | - | 2,786.40 | - |
| 10 AP | 954 | POLYMOUNT US LLC | 1,536.00 | - | - | - | 1,536.00 |
| 10 AP | 961 | PCT EBEAM & INTEGRATION LLC | 8,318.00 | - | - | 8,318.00 | - |
| 10 AP | 971 | USI INSURANCE SERVICES NAT'L | 21,743.40 | - | - | - | 21,743.40 |
| 10 AP | 989 | EQUIPMENT DEPOT OF ILLINOIS  INC. | 2,932.21 | - | - | - | 2,932.21 |
| 10 AP | 1002 | AMAZON CAPITOL SERVICES  INC. | 385.32 | (139.07) | - | - | 524.39 |
| 10 AP | 1007 | AT&T | 260.79 | 140.86 | - | - | 119.93 |
| 10 AP | 1010 | VinaKom Inc. | 3,013.70 | 962.11 | 233.10 | 933.88 | 884.61 |
| 10 AP | 1012 | O'HAGAN/MEYER LLC | 384.00 | - | - | - | 384.00 |
| 10 AP | 1016 | COPE PLASTICS INC. | 1,120.00 | - | - | - | 1,120.00 |
| 10 AP | 1017 | ISCORP | 20,280.00 | 5,460.00 | 2,340.00 | 1,960.00 | 10,520.00 |
| 10 AP | 1019 | IMPERIAL SERVICE SYSTEMS  INC. | 11,049.00 | 3,683.00 | 3,683.00 | 3,683.00 | - |

| Acct | Vendor | | | | | |
|---|---|---|---|---|---|---|
| 10 AP | 1066 WATSON-MARLOW INC. | 2,480.81 | - | 1,280.63 | - | 1,200.18 |
| 10 AP | 1070 UNIFIRST CORPORATION | 17,903.21 | 6,605.73 | 5,237.38 | 6,060.10 | - |
| 10 AP | 1091 DG PRESS SERVICE SBV | 14,338.55 | - | 3,745.00 | 3,745.00 | 6,848.55 |
| 10 AP | 1097 BINGHAM FLEXO SERVICES INC. | (580.00) | (3,200.00) | 1,220.00 | - | 1,400.00 |
| 10 AP | 1100 FINZER ROLLER ILLINOIS | 15,182.00 | - | 8,170.00 | 230.00 | 6,782.00 |
| 10 AP | 1103 DOUBLE E COMPANY LLC dba Schlumpf | (91.25) | - | - | - | (91.25) |
| 10 AP | 1105 BIGLEAF NETWORKS INC | 598.00 | 299.00 | 299.00 | - | - |
| 10 AP | 1123 COMEXI AMERICA INC. | 6,808.91 | (8,467.00) | - | - | 15,275.91 |
| 10 AP | 1130 AMERICAN PACKAGING CORPORATION | 2,031,623.56 | (122,461.92) | 39,380.06 | 1,128,344.44 | 986,360.98 |
| 10 AP | 1136 ERNST BREITBARTH | 44.99 | - | - | - | 44.99 |
| 10 AP | 1146 ABX INNOVATIVE PACKING SOLUTIONS | 17,165.50 | - | - | 17,165.50 | - |
| 10 AP | 1148 UNIFIRST FIRST AID AND SAFETY | 1,319.37 | - | - | 810.20 | 509.17 |
| 10 AP | 1149 BW CONVERTING INC | 17,679.95 | (8,930.00) | 15,283.99 | 3,898.90 | 7,427.06 |
| 10 AP | 1154 O'HARE MECHANICAL CONTRACTORS INC. | 1,550.00 | 1,550.00 | - | - | - |
| 10 AP | 1174 INTERFLEX LASER ENGRAVERS | 20,360.00 | - | 6,880.00 | - | 13,480.00 |
| 10 AP | 1184 RUDER ELECTRIC INC. | 28,426.05 | - | - | - | 28,426.05 |
| 10 AP | 1189 SALESFORCE.COM INC. | 9,358.65 | - | 9,358.65 | - | - |
| 10 AP | 1196 EPS US LLC | 198,102.05 | - | - | - | 198,102.05 |
| 10 AP | 1209 CHRISTOPHER OLIVER | 892.82 | - | - | - | 892.82 |
| 10 AP | 1212 ELMHURST OCCUPATIONAL HEALTH | 302.00 | - | 302.00 | - | - |
| 10 AP | 1215 NIDHI OVERSEAS | 15,000.00 | - | - | - | 15,000.00 |
| 10 AP | 1217 ERI ECONOMIC RESEARCH INSTIUE INC | 3,989.00 | - | - | - | 3,989.00 |
| 10 AP | 1222 FORTIS SOLUTIONS GROUP LLC | 19,829.58 | - | - | - | 19,829.58 |
| 10 AP | 1234 MIRTATECH TRAKSTAR | 12,152.00 | - | - | - | 12,152.00 |
| 10 AP | 1236 MUTUAL OF OMAHA | 6,411.73 | - | - | - | 6,411.73 |
| 10 AP | 1238 HIGHBOOST BROKERAGE | 37,462.00 | - | - | - | 37,462.00 |
| 10 AP | 1244 PRIORITY 1 INC. | 692.68 | 692.68 | - | - | - |
| 10 AP | 1260 PRECISE COOLING SOLUTIONS LLC | 180.29 | 180.29 | - | - | - |
| 10 AP | 1261 WEAVER AND TIDWELL LLP | 23,221.34 | - | - | - | 23,221.34 |
| 10 AP | 1275 TAYLOR CORPORATION | 21,498.04 | (2,570.28) | 24,068.32 | - | - |
| 10 AP | 1277 RADWELL INTERNATIONAL LLC | 912.89 | - | - | - | 912.89 |
| 10 AP | 1281 CANTARERO PALLETS INC. | 3,632.80 | - | (329.00) | 3,961.80 | - |
| 10 AP | 1282 RANDOLPH AUSTIN COMPANY | 765.10 | - | - | - | 765.10 |
| 10 AP | 1288 DAZPAK FLEXIBLE PACKAGING | 5,281.87 | - | - | - | 5,281.87 |
| 10 AP | 1294 PEN AND INC. OF MILWAUKEE INC. | 27,134.84 | - | - | 4,979.86 | 22,154.98 |
| 10 AP | 1296 PAYLOCITY CORPORATION | 2,972.09 | - | 2,972.09 | - | - |
| 10 AP | 1304 VESTIS SERVICESLLC (FORM ARAMARK | 69,596.21 | - | - | - | 69,596.21 |
| 10 AP | 1311 VIRNICH CORPORATION | 1,375.00 | - | 1,375.00 | - | - |
| 10 AP | 1324 S & B DISTRIBUTORS | 7,374.00 | - | - | - | 7,374.00 |
| 10 AP | 1326 IGS VENTURES INC. | 34,738.21 | 25,910.77 | - | 8,827.44 | - |
| 10 AP | 1339 GEI GRAPHICS SERVICES LLC | 124,370.30 | (4,856.10) | - | - | 129,226.40 |
| 10 AP | 1351 Graphic Measurements Inc. | 6,003.31 | - | - | - | 6,003.31 |
| 10 AP | 1355 WARDELL TAYLOR | 9,240.19 | 9,240.19 | - | - | - |
| 10 AP | 1359 PROVIDENT LLC | 2,055.12 | - | - | 1,021.46 | 1,033.66 |
| 10 AP | 1360 MOTION INDUSTRIES INC. ROCKDALE | 1,085.31 | - | - | 1,060.89 | 24.42 |
| 10 AP | 1361 HENRY J.COLEMAN | (1,250.00) | (1,250.00) | - | - | - |
| 10 AP | 1362 PITSID Polygraphische | 1,549.00 | - | - | - | 1,549.00 |
| 10 AP | 1366 EPG ESSEX PRODUCTS GROUP INC | 2,681.75 | - | - | - | 2,681.75 |
| 10 AP | 1369 PRINCIPAL | 3,129.16 | - | 3,129.16 | - | - |
| 10 AP | 1370 ALTURAS FIDUCIARY SERVICES LLC | 13,500.00 | - | - | 13,500.00 | - |
| 10 AP | 1376 Sterling Surface Technologies Inc. | 18,900.00 | - | 18,900.00 | - | - |
| 10 AP | 1380 N&G LEGAL GROUP A Professional Cor | 15,000.00 | - | 15,000.00 | - | - |
| 10 AP | 1384 J.B.HUNT TRANSPORT INC | (1,485.40) | (1,485.40) | - | - | - |
| 10 AP | 1386 NSN EMPLOYER SERVICES INC. | 500.00 | 500.00 | - | - | - |
| 10 AP | 1389 PROVEN BUSINESS SYSTEMS LLC | 25,440.00 | 25,440.00 | - | - | - |
| 10 AP | 1390 INDEED | 1,513.44 | 1,513.44 | - | - | - |
| 10 AP | 3050 CALIFORNIA WATER SERVICE | 314.09 | - | - | - | 314.09 |
| 10 AP | 3109 COLONIAL SUPPLEMENTAL | 4,832.92 | 2,223.44 | 2,609.48 | - | - |
| 10 AP | 3170 CORETECH INTERNATIONAL | 889.29 | - | - | - | 889.29 |
| 10 AP | 4020 TK ELEVATOR CORP | 726.98 | - | - | - | 726.98 |
| 10 AP | 4997 EASTMAN KODAK | 15,937.12 | 3,690.49 | 6,027.55 | 4,155.11 | 2,063.97 |
| 10 AP | 5030 ENERGY SCIENCES | 51,830.00 | - | - | - | 51,830.00 |
| 10 AP | 6010 FEDEX | 150.30 | 150.30 | - | - | - |
| 10 AP | 7050 GLENROY PAPER CO. | 899,292.62 | (391,459.49) | - | 439,690.46 | 851,061.65 |
| 10 AP | 7080 GRAINGER | 8,152.70 | - | - | 1,524.58 | 6,628.12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 AP | 9029 | INX INTERNATIONAL INK CO. | 507,014.33 | 77,899.79 | 79,108.81 | 114,424.35 | 235,581.38 |
| 10 AP | 13091 | MATHESON TRI-GAS | 49,521.04 | 12,614.00 | 11,775.76 | 16,317.77 | 8,813.51 |
| 10 AP | 13160 | MCMASTER-CARR | 1,384.73 | - | - | - | 1,384.73 |
| 10 AP | 16210 | AMCOR FLEXIBLES CHINA CO. LTD. | 67,216.55 | - | - | - | 67,216.55 |
| 10 AP | 16230 | PITNEY BOWES | (65.26) | - | - | - | (65.26) |
| 10 AP | 18021 | DORSEY & WHITNEY | 44,000.00 | - | - | - | 44,000.00 |
| 10 AP | 19160 | S.S.F. SCAVENGERS | 17,340.85 | - | - | - | 17,340.85 |
| 10 AP | 19163 | ADVANCED CONVERTING | 11,263.51 | (5,832.96) | - | - | 17,096.47 |
| 10 AP | 21017 | ULINE | 7,218.80 | 22.11 | - | 7,196.69 | - |
| 10 AP | 21030 | UNITED PARCEL SERVICE | 406.35 | 227.20 | - | - | 179.15 |
| 10 AP | 26061 | ACTEGA North America  LLC | 76,457.50 | - | - | - | 76,457.50 |
| 10 AP | 26086 | WILLIAM J. RECHTFERTIG | 1,428.84 | 1,428.84 | - | - | - |
| 10 AP | 26113 | OLD DOMINION FREIGHT LINE | 53,311.46 | - | 6,101.94 | 23,807.20 | 23,402.32 |
| 10 AP | 26149 | MULTI-PLASTICS  INC. | 12,747.55 | 2,973.58 | - | 9,773.97 | - |
| 10 AP | 26152 | WIMMER TRANSPORATION | 21,548.50 | 21,548.50 | - | - | - |
| 10 AP | 30003 | BW INTEGRATED SERVICES | 20,000.00 | - | - | - | 20,000.00 |
| 10 AP | 30005 | ANDERSON PEST SOLUTIONS | 867.52 | 867.52 | - | - | - |
| 10 AP | 30011 | COMED | 3,482.47 | 3,482.47 | - | - | - |
| 10 AP | 30020 | KLEER PAK | 80,702.17 | - | - | 24,230.13 | 56,472.04 |
| 10 AP | 30024 | NATIONAL LIFT TRUCK | 65.37 | - | - | - | 65.37 |
| 10 AP | 30026 | NICOR | 3,762.77 | 652.34 | 2,946.73 | - | 163.70 |
| 10 AP | 30033 | SIEGWERK | 29,422.02 | - | - | - | 29,422.02 |
| 10 AP | 40010 | FOX VALLEY FIRE & SAFETY | 228.70 | - | - | 228.70 | - |
| 10 AP | 40015 | PAMARCO GLOBAL GRAPHICS | 30,895.39 | - | - | - | 30,895.39 |